## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-24118-DSL

Plaintiff:
**JANE DOE,**

vs.

Defendant:
**IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC, and
STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers, Inc on the 16th day of October, 2025 at 9:48 am to be served on **IBANERA LLC c/o Michael Carbonara, its Registered Agent, 102 Ne 2nd Street, Suite 112, Boca Raton, FL 33432**.

I, Daniel Velazquez, do hereby affirm that on the **17th day of October, 2025** at **11:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint, Civil Cover Sheet** to: **Phyllis Garcia,** a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **102 Ne 2nd Street, Suite 112, Boca Raton, FL 33432**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Daniel Velazquez**
#0100

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2025057188

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Case 1:25-cv-24118-DSL   Document 6   Entered on FLSD Docket 10/17/2025   Page 2 of 2

| DELIVERED | 10/17/2025 11:50 AM |
| SERVER | DV |
| LICENSE | #0100 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| JANE DOE ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No.  1:25-cv-24118-DSL |
| v. ) | |
| ) | |
| IBANERA LLC, MICHAEL CARBONARA, ) | |
| BJORNSNORRASON, DAVID PARR, et al. ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IBANERA LLC
c/o Michael Carbonara, its Registered Agent
102 NE 2nd Street, Suite 112
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

Date:  09/10/2025

Angela E. Noble
Clerk of Court