# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-24118-DSL

Plaintiff: **JANE DOE,**
vs.
Defendant: **IBANERA LLC,**
**MICHAEL CARBONARA,**
**BJORN SNORRASON,**
**DAVID PARR,**
**MARRIOTT INTERNATIONAL, INC.,**
**STARWOOD HOTELS & RESORTS**
**MANAGEMENT COMPANY, LLC, and**
**STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers, Inc on the 16th day of October, 2025 at 9:42 am to be served on **DAVID PARR, 3206 Canter Lane, Austin, TX 78759**.

I, Andrew Swatzell, do hereby affirm that on the **23rd day of October, 2025** at **6:59 pm, I:**

served **DAVID PARR, INDIVIDUALLY** by delivering a true copy of the **Summons In A Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **DAVID PARR** at the address of: **3206 Canter Lane, Austin, TX 78759**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/18/2025  4:11 pm  Attempted service at 3206 Canter Lane, Austin, TX 78759 No answer at the door, quiet inside. No vehicles in the driveway
10/22/2025  3:36 pm  Attempted service at 3206 Canter Lane, Austin, TX 78759  No answer at the door, quiet inside. No vehicles. Package on the floor near the door for the subject.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 170, Hair: White, Glasses: -

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are  true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Andrew Swatzell**
Process Server

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2025057187

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

*10/23/25*
*6:59PM*
*David P.*
*A.S.*

|  |  |  |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:25-cv-24118-DSL |
| | ) | |
| IBANERA LLC, MICHAEL CARBONARA, | ) | |
| BJORNSNORRASON, DAVID PARR, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID PARR
3206 Canter Lane
Austin, TX 78759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ 09/10/2025 _____

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court