# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-24118-DSL

Plaintiff: **JANE DOE,**
vs.
Defendant: **IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC, and
STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers on the 27th day of October, 2025 at 11:34 am to be served on **MARRIOTT INTERNATIONAL, INC. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **28th day of October, 2025** at **1:50 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Shrredricka Lurry**,**S.O.P. Clerk** as authorized employee of Registered Agent for **MARRIOTT INTERNATIONAL, INC. c/o Corporation Service Company,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.091 (1) (2)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

Kathleen Conway, #273
#273

**DLE Process Servers
936 SW 1st Avenue, #261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2025059356



```
DELIVERED  10/28/2025 01:50 PM
SERVER     KAC
LICENSE    #273
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANE DOE <br><br> *Plaintiff(s)* <br><br> v. <br><br> IBANERA LLC, MICHAEL CARBONARA, BJORNSNORRASON, DAVID PARR, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:25-cv-24118-DSL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MARRIOTT INTERNATIONAL, INC.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/10/2025

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts