**RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-24118-DSL

Plaintiff: **JANE DOE,**
vs.
Defendant: **IBANERA LLC,**
**MICHAEL CARBONARA,**
**BJORN SNORRASON,**
**DAVID PARR,**
**MARRIOTT INTERNATIONAL, INC.,**
**STARWOOD HOTELS & RESORTS**
**MANAGEMENT COMPANY, LLC, and**
**STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers on the 27th day of October, 2025 at 11:36 am to be served on **STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **28th day of October, 2025** at **1:50 pm, I:**

**LIMITED LIABILITY COMPANY- REGISTERED AGENT:** served by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **Shredricka Lurry**,**S.O.P. Clerk** as authorized employee of Registered Agent for **STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC c/o Corporation Service Company,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. pursuant to F.S. 48.062(3)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

_____
**Kathleen Conway, #273**
#273

**DLE Process Servers**
**936 SW 1st Avenue, #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2025059359



```
DELIVERED   10/28/2025 01:50 PM
SERVER      KAC
LICENSE     #273
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANE DOE | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:25-cv-24118-DSL |
| IBANERA LLC, MICHAEL CARBONARA, BJORNSNORRASON, DAVID PARR, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: 09/10/2025

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts