UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL ACTION NO.:** 1:25-cv-24118-DSL

**Jane Doe**

Plaintiff,

v.

**IBANERA LLC, MICHAEL CARBONARA,**

**BJORN SNORRASON, DAVID PARR, et al.**

Defendants

_____/

NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS

COMES NOW, Scott J. Topolski of Cole Schotz P.C. and hereby files this Notice of Appearance on behalf of Defendants, IBANERA LLC, MICHAEL CARBONARA, and DAVID PARR, and files this Notice of Filing Designation of E-Mail Address and hereby designates the following e-mail address for the purposes of receiving pleadings:

stopolski@coleschotz.com

**COLE SCHOTZ P.C.**
*Attorneys for Defendants, Ibanera, LLC, Michael Carbonara and David Parr*
By:    /s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856

F: (561) 423-0392
stopolski@coleschotz.com

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve an electronic copy on all counsel of record.

**COLE SCHOTZ P.C.**

*Attorneys for Defendants, Ibanera, LLC, Michael Carbonara and David Parr*
By:    /s/ Scott J. Topolski
    Scott J. Topolski, Esq.
    Florida Bar No. 0006394
    2255 Glades Road, Suite 300E
    Boca Raton, Florida 33431
    T: (561) 609-3856
    F: (561) 423-0392
    stopolski@coleschotz.com