UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL ACTION NO.:** 1:25-cv-24118-DSL

**Jane Doe**

Plaintiff,

v.

**IBANERA LLC, MICHAEL CARBONARA,**

**BJORN SNORRASON, DAVID PARR, et al.**

Defendants

_____/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of:

**Evan Ronald Smith**
**Cogent Law Group LLP**
**2001 L St. NW**
**STE 500**
**Washington DC 20036**

**Telephone:** 202-644-8880
**Email:** esmith@cogentlaw.com

for purposes of appearance as co-counsel on behalf of Defendants Ibanera LLC, Michael Carbonara, and David Parr in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit the visiting attorney to receive electronic filings in this case. In support of this motion, the undersigned states as follows:

1. **Evan Ronald Smith** is a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, and the Fourth Circuit Court of Appeals, and is not a resident of Florida and is not a member of the Florida Bar.

2. Pursuant to Rule 4(b), **Evan Ronald Smith** has associated with local counsel admitted to practice in this Court and who is a member in good standing of the Florida Bar. The name and Florida Bar number of local counsel is:

Scott J. Topolski
Florida Bar No. 0006394
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
stopolski@coleschotz.com

3. Local counsel is designated as required by Rule 4(b), and consents to serve as counsel of record and receive service of all documents in this case and to be responsible for the progress of the case, including trial and other proceedings before the Court.

4. The required filing fee of $250.00 has been paid to the Clerk of Court.

5. A Certification in accordance with Rule 4(b), signed by **Evan Ronald Smith**, is attached to this Motion as **Exhibit A**.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for **Evan Ronald Smith** in the above-captioned matter.

Dated:
Respectfully submitted,

/s/ Scott J. Topolski
Scott J. Topolski
Florida Bar No. 0006394
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392

stopolski@coleschotz.com
vfink@coleschotz.com

**Attorneys for Defendants, Ibanera LLC, Michael Carbonara, and David Parr**

## EXHIBIT A

## CERTIFICATION OF EVAN RONALD SMITH

I, **Evan Ronald Smith**, hereby certify that:

1. I am a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, and the Fourth Circuit Court of Appeals.
2. I have never been disciplined by any bar or court.
3. I am not a member of the Florida Bar and do not maintain a Florida office.
4. I have reviewed and am familiar with the Local Rules of the United States District Court for the Southern District of Florida.
5. I have paid the $200.00 pro hac vice admission fee.
6. I understand that local counsel is required and designated in this matter.

Executed on this 4th day of November 2025.

Respectfully submitted,

*/s/ E. R. Smith*

Evan Ronald Smith
Cogent Law Group, LLP
2001 L St. NW Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880
Fax: (202) 644-8880

Email: esmith@cogentlaw.com

*Counsel for Defendants:*
*Ibanera LLC, Michael Carbonara, and David Parr*

**EXHIBIT B**

**CONSENT OF LOCAL COUNSEL**

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, I, [Full Name of Local Counsel], a member in good standing of the Bar of this Court, hereby consent to be designated as local counsel for [Full Name of Visiting/Pro Hac Vice Attorney], who seeks permission to appear pro hac vice on behalf of [Party Name] in the above-styled case.

I acknowledge that all pleadings, motions, and other papers filed in this matter shall be served upon me, and that I shall be responsible for the progress of the case, including the trial in all matters before the Court.

I further agree to be present for all hearings, conferences, and other proceedings, unless excused by the Court.

Dated: November 6, 2025

EXHIBIT C



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Evan R Smith

*was duly qualified and admitted on April 5, 1991 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 06, 2025.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

Respectfully submitted,

s/ Scott J. Topolski
Scott J. Topolski
Florida Bar No. 0006394
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
stopolski@coleschotz.com

## CERTIFICATE OF SERVICE

I certify that on the 6th day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve an electronic copy on all counsel of record.

**COLE SCHOTZ P.C.**
*Attorneys for Defendants, Ibanera, LLC, Michael Carbonara and David Parr*
By: __/s/ Scott J. Topolski__
Scott J. Topolski, Esq.
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
stopolski@coleschotz.com