UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 1:25-cv-24118-DSL

**Jane Doe**

Plaintiff,
v.

**IBANERA LLC, MICHAEL CARBONARA,
BJORN SNORRASON, DAVID PARR, et al.**

Defendants
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Evan Ronald Smith of the law firm of Cogent Law Group, LLP, 2001 L St. NW, Suite 500, Washington, DC 20036, Telephone Number: 202.644.8880, email address: esmith@cogentlaw.com for purposes of appearance as co-counsel on behalf of Ibanera LLC, Michael Carbonara and David Parr in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Evan Ronald Smith to receive electronic filings in this case, and in support thereof states as follows:

1. Evan Ronald Smith is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, and the Fourth Circuit Court of Appeals.

2. Movant, Scott J. Topolski, Esquire, of the law firm of Cole Schotz P.C., 2255 Glades Road, Suite 300E, Boca Raton, Florida 33431, T: (561) 609-3856, F: (561) 423-0392, email: stopolski@coleschotz.com, is a member in good standing of The Florida Bar and the

United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Evan Ronald Smith has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Evan Ronald Smith, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Evan Ronald Smith at esmith@cogentlaw.com.

WHEREFORE, Scott J. Topolski, moves this Court to enter an Order for Evan Ronald Smith to appear before this Court on behalf of Ibanera LLC, Michael Carbonara and David Parr, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Evan Ronald Smith.

Date: November 7, 2025

Respectfully submitted,
/s/ Scott J. Topolski
Scott J. Topolski
Florida Bar No. 0006394
Cole Schotz P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL ACTION NO.:** 1:25-cv-24118-DSL

**Jane Doe**

Plaintiff,
v.

**IBANERA LLC, MICHAEL CARBONARA,**
**BJORN SNORRASON, DAVID PARR, et al.**

Defendants
_____/

## CERTIFICATION OF EVAN RONALD SMITH

Evan Ronald Smith, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, and the Fourth Circuit Court of Appeals; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
Evan Ronald Smith
Cogent Law Group LLP
2001 L St. NW
STE 500
Washington DC 20036
DC Bar/US District Court for the
District of Columbia Bar Number:
428115
Telephone: 202-644-8880
Email: esmith@cogentlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL ACTION NO.:** 1:25-cv-24118-DSL

**Jane Doe**

Plaintiff,
v.

**IBANERA LLC, MICHAEL CARBONARA,**
**BJORN SNORRASON, DAVID PARR, et al.**

Defendants
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Evan Ronald Smith, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Evan Ronald Smith, may appear and participate in this action on behalf of Ibanera LLC, Michael Carbonara and David Parr. The Clerk shall provide electronic notification of all electronic filings to Evan Ronald Smith, at esmith@cogentlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record