December 02, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885956074088

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | ISLANDSPOST | **Delivery Location:** | 9 BOGGVISSTA?IR |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | DALVIK, |
| | | **Delivery date:** | Nov 17, 2025 16:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 885956074088 | **Ship Date:** | Nov 11, 2025 |
| | | **Weight:** | 1.4 LB/0.64 KG |

**Recipient:**
BJORN SNORRASON,
9 BOGGVISSTA?IR
DALVIK, IS,

**Shipper:**
DEREK SMITH, DEREK SMITH LAW GROUP, PLLC
30TH FLOOR
450 FASHION AVE FL 30
NEW YORK, NY, US, 10123

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

**EXHIBIT A**

  

⚠️    <u>Learn</u> how FedEx services are impacted by the National Service Disruption.

 Tracking ID:  885956074088

## Travel history

Sort by: Ascending 

**Tuesday, 11/11/25**

- 5:13 PM
  **Picked up**
  MIAMI, FL

- 4:13 PM
  **Shipment information sent to FedEx**

- 5:48 PM
  **Picked up**
  MIAMI, FL

- 7:45 PM
  **Left FedEx origin facility**
  MIAMI, FL

- 10:00 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

**Wednesday, 11/12/25**

- 3:42 AM
  **On the way**
  MEMPHIS, TN

- 3:53 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 7:15 PM
  **Arrived at FedEx hub**
  COLOGNE DE

- 9:38 PM
  **On the way**
  COLOGNE DE




- 10:32 AM
  **On the way**
  COLOGNE DE

- 12:38 PM
  **Arrived at FedEx hub**
  GRACE-HOLLOGNE BE

Friday, 11/14/25

- 2:16 AM
  **On the way**
  GRACE-HOLLOGNE BE

- 9:55 AM
  **At destination sort facility**
  KEFLAVIK IS

- 10:44 AM
  **On the way**
  Package available for clearance
  HAFNARFJORDUR IS

- 11:50 AM
  **At local FedEx facility**
  HAFNARFJORDUR IS

- 4:27 PM
  **On the way**
  A trusted third-party vendor is on the way with your package.
  HAFNARFJORDUR IS

Monday, 11/17/25

- 11:52 AM
  **At local FedEx facility**
  HAFNARFJORDUR IS

- 4:00 PM
  **Delivered**
  DALVIK IS

## Shipment facts 

 Shipment overview

**TRACKING NUMBER**    885956074088

**DELIVERED TO**    Receptionist/Front Desk

**SHIP DATE**    11/11/25

**STANDARD TRANSIT**    11/20/25 before 6:00 PM

**DELIVERED**    11/17/25 at 4:00 PM




**SERVICE**   FedEx International Priority

**TERMS**   Third Party

**SPECIAL HANDLING SECTION**   Deliver Weekday

 Package details

**WEIGHT**   1.4 lbs / 0.64 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   1.4 lbs / 0.64 kgs

**PACKAGING**   FedEx Envelope

## OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

## MORE FROM FEDEX

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

## LANGUAGE

 United States

**FOLLOW FEDEX**      

© FedEx 1995-2025

Site Map   |   Cookie Consent   |   Terms of Use   |   Privacy & Security   |   Ad Choices