UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24118-DSL

JANE DOE,

    Plaintiff,

v.

IBANERA LLC, *et al.*,

    Defendants.

_____/

### ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT BJORN SNORRASON

THIS MATTER is before the Court on Plaintiff's Expedited Motion for Leave to Serve Defendant Bjorn Snorrason by Alternative Method of Service and for an Enlargement of Time to Effect Service of Process (the "Motion"). The Court having reviewed the file and being duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion [ECF No. _____] is GRANTED.

2. Pursuant to Rule 4(f)(3), Plaintiff is permitted to serve the Summons, Complaint, and all filings and discovery in this matter upon Defendant Bjorn Snorrason via email as provided in Plaintiff's Motion.

3. Plaintiff shall have thirty (30) days from the date of this Order to effectuate service on Bjorn Snorrason.

**DONE** and **ORDERED** in Miami, Florida, this _____ day of _____, 2025.

                                                               _____
                                                               DAVID S. LEIBOWITZ
                                                               UNITED STATES DISTRICT JUDGE

cc: Counsel of Record