**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

       Plaintiff,

v.

IBANERA LLC, *et al.*,

       Defendants.

_____/

**DECLARATION OF DANIEL BARROUKH IN SUPPORT OF PLAINTIFF'S**
**EXPEDITED MOTION FOR LEAVE TO SERVE DEFENDANT BJORN SNORRASON**
**BY ALTERNATIVE METHOD OF SERVICE AND FOR AN ENLARGEMENT OF TIME**
**TO EFFECT SERVICE OF PROCESS**

COMES NOW, Daniel J. Barroukh, and states under penalty of perjury as follows:

1.     I am the attorney of record for the Plaintiff in the above-captioned cause.

2.     I submit this declaration in support of Plaintiff's motion for an order authorizing alternate service on Defendant, Bjorn Snorrason ("Mr. Snorrason") and enlarging the time within which to serve Mr. Snorrason.

3.     This declaration is given on the basis of my personal knowledge.

4.     I have searched the internet for email addresses associated with Mr. Snorrason and found the following possible addresses:

     a.  bjornsnorrason@gmail.com;

     b.  bjorn.snorrason@ibanera.com;

     c.  bjorn@ibanera.com;

     d.  bjorn@dalpay.com; and

     e.  bsnorra@internet.is.

5.      On November 28, 2025, I emailed a copy of Plaintiff's Complaint (ECF No. 1) and the Court's issued Summons (ECF No. 3, p. 3) to Mr. Snorrason to each of the email addresses listed above. *See* Exhibit A. None of these emails bounced back.

6.      I have also performed diligent search into Mr. Snorrason's whereabouts, and found two personal addresses associated with him, namely 9 Boggvisstaðir, 620 Dalvik, Iceland and 9 Boggvisbraut, 620 Dalvik, Iceland.

7.      Upon information and belief, Mr. Snorrason is the director of Ibanera Private Limited, which does business in Singapore.

8.      As of November 26, 2025, the records of the Accounting and Corporate Regulatory Authority of Singapore listed Mr. Snorrason's address as Boggvisbraut 9, 620 Dalvik. *See* Exhibit B at p. 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2nd day of December, 2025.

/s/ Daniel J. Barroukh
Daniel J. Barroukh