Outlook

**Jane Doe v. Ibanera, LLC, et al. - Case No. 1:25-cv-24118-DSL**

From  Daniel Barroukh <danielb@dereksmithlaw.com>
Date  Fri 11/28/2025 3:08 PM
To  bjornsnorrason@gmail.com <bjornsnorrason@gmail.com>; bjorn.snorrason@ibanera.com <bjorn.snorrason@ibanera.com>; bjorn@ibanera.com <bjorn@ibanera.com>; bjorn@dalpay.com <bjorn@dalpay.com>; bsnorra@internet.is <bsnorra@internet.is>
Cc  Derek Smith <derek@dereksmithlaw.com>; David Rodriguez <David@dereksmithlaw.com>

📎 4 attachments (2 MB)
Complaint (Icelandic).pdf; Summons.pdf; Summons (Icelandic).pdf; Complaint.pdf;

Mr. Bjorn Snorrason—

I am counsel for Jane Doe in the above-noted matter.

Jane Doe has filed the attached Complaint in the Southern District of Florida against you and others.

See attached a copy of the Summons and Complaint in the above-noted matter. An Icelandic translation of the Complaint is also attached for your benefit.

If you are engaging counsel, please have them contact me to discuss.

Best,
Daniel

**Daniel J. Barroukh, Esq.**
*Admitted in FL

D<small>EREK</small> S<small>MITH</small> L<small>AW</small> G<small>ROUP</small>, PLLC

Toll Free (800) 807-2209 | Direct Dial (786) 688-2335
Email: danielb@dereksmithlaw.com
www.dereksmithlaw.com

**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**









EXHIBIT A

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

Case 1:25-cv-24118-DSL   Document 21-1   Entered on FLSD Docket 12/02/2025   Page 2 of 2