ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizfile

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of IBANERA PRIVATE LIMITED (201804993R)

Date: 26 Nov 2025

| | | |
|---|---|---|
| Name of Company | : | IBANERA PRIVATE LIMITED |
| Former Name if any | : | PHOENIX CONNECT PRIVATE LIMITED |
| Date of Change of Name | : | 12 NOV 2020 |
| UEN | : | 201804993R |
| Incorporation Date | : | 07 FEB 2018 |
| Company Type | : | PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 07 FEB 2018 |
| Registered Office Address | : | 62 UBI ROAD 1, #03-16, OXLEY BIZHUB 2, SINGAPORE 408734 |
| Date of Address | : | 11 AUG 2021 |
| Date of Last AGM | : | 03 JUL 2023 |
| Date of Last AR | : | 05 JUL 2023 |
| FYE As At Date of Last AR | : | 31 DEC 2022 |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | MANAGEMENT CONSULTANCY SERVICES (70201) |
| Secondary Activity | : | |

**EXHIBIT B**

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/KMZe7JG8b4



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of IBANERA PRIVATE LIMITED (201804993R)

Date: 26 Nov 2025

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 600,000 | 600,000 | SINGAPORE DOLLAR | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 600,000 | 600,000 | SINGAPORE DOLLAR | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

## Audit Firm(s)

| Name |
|---|
| RT LLP |

## Charge(s)

| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |
|---|---|---|---|---|

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/KMZe7JG8b4



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizfile

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of IBANERA PRIVATE LIMITED (201804993R)

Date: 26 Nov 2025

| Name<br><br>Address | Identification Number | Nationality/<br>Citizenship | Position | Date of Appointment |
|---|---|---|---|---|
| SNG YUET PENG<br><br>753 PASIR RIS STREET 71, #10-114, SINGAPORE 510753 | S1775710E | SINGAPORE CITIZEN | DIRECTOR | 15 SEP 2019 |
| BJORN SNORRASON<br><br>BOGGVISBRAUT 9 620 DALVIK | A3594579 | ICELANDER | DIRECTOR | 18 JUN 2018 |
| LOW WEE GUAN<br><br>62 UBI ROAD 1, #03-16, OXLEY BIZHUB 2, SINGAPORE 408734 | S8776818Z | MALAYSIAN | SECRETARY | 07 FEB 2018 |

Officer(s)

Page 3 of 5

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/KMZe7JG8b4



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizfile

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of IBANERA PRIVATE LIMITED (201804993R)

Date: 26 Nov 2025

| Shareholder(s) | | | | |
|---|---|---|---|---|
| **Name**  **Address** | **Identification Number** | **Nationality [2] / Place of origin [3]** | **Number of Shares**  **Currency** | **Address Changed** |
| SNORRASON ONLINE SERVICES PTE. LTD.  62 UBI ROAD 1, #03-16, OXLEY BIZHUB 2, SINGAPORE 408734 | 201714014H | SINGAPORE | 600,000 (ORDINARY)  SINGAPORE DOLLAR | 11 AUG 2021 |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

## Abbreviation

| UL  | : | Local Entity not registered with ACRA |
| UF  | : | Foreign Entity not registered with ACRA |
| AR  | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS  | : | Financial Statements |
| FYE | : | Financial Year End |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/KMZe7JG8b4



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of IBANERA PRIVATE LIMITED (201804993R)

Date: 26 Nov 2025

## Notes

1. All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2. Please check to ensure that this document is issued by ACRA by:
   (a) scanning the verification QR code at the bottom of the page, or
   (b) visiting the verification URL at the bottom of the page, or
   (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.



TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.   :   ACRA251126000187

DATE          :   26 NOV 2025

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/KMZe7JG8b4

