**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-24118-DSL**

JANE DOE,

    Plaintiff,

v.

IBANERA, LLC, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Virginia Regis Callahan of the law firm of DLA Piper LLP (US), hereby gives notice of her appearance as counsel of record for Defendants MARRIOTT INTERNATIONAL, INC., STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC, and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, and requests that all notices, pleadings, and other papers filed in this matter be served upon the undersigned counsel at the address below.

*[Signature on Following Page]*

1626937352.1

Dated: December 8, 2025

By: */s/ Virginia Regis Callahan*
Virginia Regis Callahan
Florida Bar No. 1058943
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 200
Tampa, Florida 33607-6233
Telephone: 410.580.4328
Facsimile: 410.580.3011
Virginia.Callahan@us.dlapiper.com
DocketingChicago@us.dlapiper.com

*Counsel for Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Virginia Regis Callahan*
Virginia Regis Callahan

1626937352.1