**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-24118-DSL**

JANE DOE,

       Plaintiff,

v.

IBANERA, LLC, *et al.*,

       Defendants.

_____/

**RESPONSE OF DEFENDANTS MARRIOTT INTERNATIONAL, INC., STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC, AND STARWOOD HOTELS & RESORTS WORLDWIDE, LLC TO AMENDED ORDER TO SHOW CAUSE**

Defendants MARRIOTT INTERNATIONAL, INC. ("Marriott"), STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC ("Starwood Management Co."), and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC ("Starwood Worldwide", together with Starwood Management Co, the "Starwood Defendants"), by and through undersigned counsel, respectfully submit this Response to the Court's November 24, 2025 Amended Order to Show Cause (the "Order to Show Cause") [ECF No. 18] and state as follows:

1. On September 15, 2025, the Court entered the *Order in Cases with Multiple Defendants* (the "September 15 Order"), whereby the Court ordered that the "time for responsive pleadings—for all Defendants—begins to run once all Defendants have either (1) been served or (2) waived service." ECF No. 4.

2. The September 15 Order also provides that if multiple Defendants face response periods of different lengths, "all Defendants will be subject to the longest of those response periods." *Id.*

3. Marriott and the Starwood Defendants were served on October 28, 2025. *See* ECF Nos. 8–10.

4. In the Order to Show Cause, this Court required that Marriott and the Starwood Defendants respond in writing as to "why entry of a clerk's default should not be entered against them for failure to retain counsel to represent them in this action."

5. Pursuant to the Court's September 15 Order, the deadline for Marriott and the Starwood Defendants to respond to the Complaint does not start to run until all of the defendants in this matter have been served. The last defendant, Bjorn Snorrason, was served on December 4, 2025 and one defendant, Michael Carbonara, has waived service which subjects multiple defendants to different response periods. It is the understanding of Marriott and the Starwood Defendants that, per the September 15 Order, the time for all Defendants to respond to the Complaint is extended until January 20, 2026.

6. Marriott and the Starwood Defendants respectfully state that because the time to respond to the Complaint has not yet run, and because the Court's September 15 Order provides that where multiple defendants face different deadlines, "all Defendants will be subject to the longest of those response periods," there is no basis on which to enter a default judgment against them. As this Court noted, "[d]efault is to be used sparingly," as cases should be adjudicated on their merits. *Mitchell v. Brown & Williamson Tobacco Corp.*, 294 F.3d 1309, 1316 (11th Cir. 2002).

7. Counsel has now entered an appearance for Marriott and the Starwood Defendants, thereby rendering the entry of default judgment unnecessary.

WHEREFORE, Marriott and the Starwood Defendants respectfully request that the Court discharge the Amended Order to Show Cause [ECF No. 18] and set the deadline for Defendants to respond to the Complaint to January 20, 2026, consistent with the September 15 Order.

Dated: December 8, 2025

By: */s/ Virginia Regis Callahan*
Virginia Regis Callahan
Florida Bar No. 1058943
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 200
Tampa, Florida 33607-6233
Telephone: 410.580.4328
Facsimile: 410.580.3011
Virginia.Callahan@us.dlapiper.com
DocketingChicago@us.dlapiper.com

*Counsel for Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Virginia Regis Callahan*
Virginia Regis Callahan