UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-24118-DSL

JANE DOE,

    Plaintiff,

vs.

IBANERA LLC, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Naomi M. Berry, Esq. of Carlton Fields, P.A. hereby enters her appearance as counsel for Defendant, Bjorn Snorrason in the captioned case and requests that copies of all pleadings and other papers served and filed herein be served upon the undersigned.

Dated: December 19, 2025

/s/ *Naomi M. Berry*
Naomi M. Berry (FBN 69916)
Carlton Fields, P.A.
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136-4118
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: nberry@carltonfields.com

*Attorneys for Defendant, Bjorn Snorrason*

138474950.1