UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,        CASE NO. 1:25-cv-24118-LEIBOWITZ
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SEPARATE RESPONSES AND MOTIONS**

THIS CAUSE having come before the Court on Defendants' Motion for Leave to File Separate Responses and Motions [ECF No. 27], and the Court having been fully advised, it is ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. Defendants Ibanera LLC, David Parr, and Michael Carbonara are permitted to jointly file motions, responses, replies, and other filings separate from those of the other defendants.

3. Defendants Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC are permitted to jointly file motions, responses, replies, and other filings separate from those of the other defendants.

4. Defendant Bjorn Snorrason is permitted to file motions, responses, replies, and other filings separate from those of the other defendants.

1

2

  5. Such separate filings shall not constitute a violation of the Court's Order in Cases with Multiple Defendants (ECF No. 4).

  6. All Defendants shall file their motions or responses to the Complaint on or before January 20, 2026.

  SO ORDERED this _____ day of December, 2025.

_____
Hon. David S. Leibowitz
United States District Judge

2