UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-24118-LEIBOWITZ

JANE DOE,
    *Plaintiff,*
v.

IBANERA, LLC, *et al.*,
    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Joint Motion for Leave to File Separate Responses and Motions [ECF No. 27] (the "Motion"), filed on December 23, 2025.  In the Motion, Defendants seek court permission to file three separate responses to Plaintiff's Complaint [ECF No. 1] and to set the response deadline for all Defendants as January 20, 2026. [ECF No. 27 at 1, 5].  Defendants certified that Plaintiff opposes the Motion, but Plaintiff failed to respond in violation of the Southern District of Florida's Local Rules, which provide that "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. FLA. LOC. R. 7.1(c).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion [**ECF No. 27**] is **GRANTED** by default.  Defendants may file three separate responses to the Complaint, which responses are due no later than January 20, 2026.

**DONE AND ORDERED** in the Southern District of Florida on January 7, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record