AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| JANE DOE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-24118 |
| IBANERA LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bjorn Snorrason.

Date: 01/20/2025

*Attorney's signature*

Aaron S. Weiss (FBN 48813)
*Printed name and bar number*
Carlton Fields, P.A.
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136

*Address*

aweiss@carltonfields.com
*E-mail address*

(305) 530-0050
*Telephone number*

(305) 530-0055
*FAX number*