UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-24118-LEIBOWITZ

JANE DOE,

    Plaintiff,

v.

IBANERA, LLC, et al.,

    Defendants.
_____/

**DEFENDANTS MARRIOTT INTERNATIONAL, INC., STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC, AND STARWOOD HOTELS & RESORTS WORLDWIDE, LLC'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Marriott International, Inc. ("Marriott"), Starwood Hotels & Resorts Management Company, LLC ("Starwood Management Co."), and Starwood Hotels & Resorts Worldwide, LLC ("Starwood Worldwide") provide the following corporate disclosure statement to this Court:

    1.    Starwood Management Co.is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Maryland.  Its sole member is Starwood Checkmate Holdings, Inc., a Delaware corporation. Starwood Management Co. is a direct subsidiary of Marriott.

    2.    Starwood Worldwide is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Maryland. Its sole member is Mars Merger Sub, LLC, a Delaware limited liability company. Starwood Worldwide is a direct subsidiary of Marriott.

    3.    Marriott is a non-governmental corporate party. Marriott is a publicly-traded

corporation. No company owns 10% or more of its stock.

4. Marriott, Starwood Management Co, and Starwood Worldwide further certify that, in addition to themselves, Plaintiff Jane Doe, Defendant Ibanera LLC, Defendant Michael Carbonara, Defendant Bjorn Snorrason and Defendant David Parr have a financial interest in the outcome of this case.

Dated: January 20, 2026                                       By:*/s/ Virginia Regis Callahan*
                                                                             Virginia Regis Callahan
Florida Bar No. 1058943
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 200
Tampa, Florida 33607-6233
Telephone: 410.580.4328
Facsimile: 410.580.3011
Virginia.Callahan@us.dlapiper.com
DocketingChicago@us.dlapiper.com

and

Ellen Dew (*pro hac forthcoming*)
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: 410.580.3000
Facsimile: 410.580.3001
Ellen.Dew@us.dlapiper.com

*Counsel for Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

/s/ Virginia Regis Callahan
Virginia Regis Callahan