UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-24118-DSL

JANE DOE,

    *Plaintiff*,

vs.

IBANERA LLC, *et al.*,

    *Defendants*.

_____/

**DECLARATION OF BJORN SNORRASON**

I, Bjorn Snorrason, hereby declare under penalty of perjury as follows.

1. I am over 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated herein, which are true and correct.

2. I have reviewed the Complaint in this action. In paragraph 37 of the Complaint, I am described as an "owner" of Ibanera LLC. This allegation is incorrect.

3. I am aware that an entity exists in the United States with the name Ibanera LLC. I understand that this entity is a Wyoming limited liability company and maintains its registered business office in Broward County, Florida. My understanding is that David Parr and Michael Carbonara are the principals of Ibanera LLC.

4. I have never been an employee of Ibanera LLC.

5. I do not own, and have never owned, any membership interest, equity interest, or ownership interest of any kind in Ibanera LLC. I am not, and have never been an owner, member, partner, shareholder, or equity holder of Ibanera LLC. I have no right to share in Ibanera LLC's profits or losses by virtue of any membership interest, equity interest, or ownership interest.

6. The other is a separate foreign entity organized under the laws of Singapore known as Ibanera Private Limited.

7. I am the owner of an entity called Ibanera Private Limited, which is a legal entity organized under the laws of Singapore which maintains its principal

place of business outside the United States. Ibanera Private Limited does not maintain a business office in Florida.

8. Ibanera LLC does not own, and has never owned, any membership interest, equity interest, or ownership interest of any kind in Ibanera Private Limited.

9. David Parr and Michael Carbonara do not own, and have never owned, any membership interest, equity interest, or ownership interest of any kind in Ibanera Private Limited.

10. I have never discussed having any ownership interest in Ibanera LLC with the person I understand to be identified as Jane Doe in this action.

11. I have also reviewed paragraph 56 in the Complaint which states that several days before Jane Doe traveled to Singapore, David Parr introduced Jane Doe to me via a telephone call. To the best of my recollection, this telephone call was initiated by David Parr, as opposed to me calling him, and I was located outside of the United States at the time this call took place.

### VERIFICATION

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2026.

*Bjórn Snorrason*
Bjorn Snorrason