**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE,

                                               CASE NO.: 1:25-cv-24118-DSL

        Plaintiff,

v.

IBANERA LLC, *et al.*,

        Defendants.

_____/

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED EXPEDITED**
**MOTION TO SEAL**

THIS MATTER is before the Court on Plaintiff's Unopposed Expedited Motion ("Plaintiff's Motion") to Seal Defendants', Ibanera LLC, Michael Carbonara, and David Parr's, Motion and Exhibits, ECF No. [32] ("Defendants' Motion"). ECF No. [35]. Upon due consideration of Plaintiff's Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.    Plaintiff's Motion is **GRANTED**.

2.    The Clerk is **DIRECTED** to **SEAL** Defendants' Motion at ECF No. [32] and the Exhibits to Defendants' Motion at ECF No. [32-1], [32-2], and [32-3], and maintain them **UNDER SEAL** pending further order of this Court.

3.    Moreover, Defendants Ibanera LLC, Michael Carbonara, and David Parr are cautioned to prevent further dissemination of Jane Doe's identity in future filings.

**DONE** and **ORDERED** in Miami, Florida, this _____ day of _____, 2026.

                                      _____
                                      DAVID S. LEIBOWITZ
                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record