UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24118-DSL

JANE DOE,

       Plaintiff,

v.

IBANERA LLC, *et al.*,

       Defendants.
_____/

**<u>CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff, JANE DOE ("Plaintiff"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's January 27, 2026, Order [D.E. 34]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Jane Doe,** ***Plaintiff***
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    b. **Ibanera LLC,** ***Defendant***
       **c/o Cole Schotz P.C.**
       **2255 Glades Road, Suite 300E**
       **Boca Raton, Florida 33431**

1

    c. **Michael Carbonara,** *Defendant*
       **c/o Cole Schotz P.C.**
       **2255 Glades Road, Suite 300E**
       **Boca Raton, Florida 33431**

    d. **David Parr,** *Defendant*
       **c/o Cole Schotz P.C.**
       **2255 Glades Road, Suite 300E**
       **Boca Raton, Florida 33431**

    e. **Bjorn Snorrason,** *Defendant*
       **c/o Carlton Fields, P.A.**
       **700 NW 1st Avenue, Ste. 1200**
       **Miami, Florida 33136**

    f. **Marriott International, Inc.,** *Defendant*
       **c/o DLA Piper LLP (US)**
       **3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200**
       **Tampa, Florida 33607**

    g. **Starwood Hotels & Resorts Management Company, LLC,** *Defendant*
       **c/o DLA Piper LLP (US)**
       **3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200**
       **Tampa, Florida 33607**

    h. **Starwood Hotels & Resorts Worldwide, LLC,** *Defendant*
       **c/o DLA Piper LLP (US)**
       **3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200**
       **Tampa, Florida 33607**

    i. **Daniel J. Barroukh, Esq.**
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    j. **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    k. **Scott J. Topolski**
       **Cole Schotz P.C.**
       **2255 Glades Road, Suite 300E**
       **Boca Raton, Florida 33431**

    l.  **Cole Schotz P.C.**
       **2255 Glades Road, Suite 300E**
       **Boca Raton, Florida 33431**

    m. **Evan Ronald Smith**
       **Cogent Law Group, LLP**
       **2001 L St. NW, Suite 500**
       **Washington, DC 20036**

    n.  **Cogent Law Group, LLP**
       **2001 L St. NW, Suite 500**
       **Washington, DC 20036**

    o.  **Naomi M. Berry**
       **Carlton Fields, P.A.**
       **700 NW 1st Avenue, Ste. 1200**
       **Miami, Florida 33136**

    p.  **Aaron S. Weiss**
       **Carlton Fields, P.A.**
       **700 NW 1st Avenue, Ste. 1200**
       **Miami, Florida 33136**

    q.  **Carlton Fields, P.A.**
       **700 NW 1st Avenue, Ste. 1200**
       **Miami, Florida 33136**

    r.  **Virginia Regis Callahan**
       **DLA Piper LLP (US)**
       **3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200**
       **Tampa, Florida 33607**

    s.  **DLA Piper LLP (US)**
       **3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200**
       **Tampa, Florida 33607**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Jane Doe,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 9th day of February, 2026.

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 9, 2026, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE SCHOTZ P.C.**
Scott J. Topolski
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 609-3856
Facsimile: (561) 423-0392
Email: stopolski@coleschotz.com
*Co-Counsel for Defendants Ibanera LLC, Michael Carbonara, and David Parr*
**VIA CM/ECF**

**COGENT LAW GROUP, LLP**
Evan Ronald Smith
2001 L St. NW, Suite 500
Washington, DC 20036
Telephone: 202.644.8880
Email: esmith@cogentlaw.com
*Co-Counsel for Defendants Ibanera LLC, Michael Carbonara, and David Parr*
**VIA CM/ECF**

**CARLTON FIELDS, P.A.**
Naomi M. Berry
Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami FL, 33136-4118
Telephone: (305) 530-0050
Email: nberry@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*
**VIA CM/ECF**

**CARLTON FIELDS, P.A.**
Aaron S. Weiss
Florida Bar No. 48813
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami FL, 33136-4118
Telephone: (305) 530-0050
Email: aweiss@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*
**VIA CM/ECF**

**DLA PIPER LLP (US)**
Virginia Regis Callahan
Florida Bar No. 1058943
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200
Tampa, Florida 33607
Telephone: (410) 580-4328
Facsimile: (410) 580-3011
Email: Virginia.Callahan@us.dlapiper.com
*Counsel for Marriott International, Inc, Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC*
**VIA CM/ECF**