UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-24118-LEIBOWITZ/Augustin-Birch

JANE DOE,

    *Plaintiff*,

vs.

IBANERA LLC, *et al*.,

    *Defendants*.

_____/

## DEFENDANT BJORN SNORRASON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Bjorn Snorrason ("Mr. Snorrason"), pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

**1.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Bjorn Snorrason (Defendant)

Naomi M. Berry, Esquire (Counsel for Bjorn Snorrason)

Aaron S. Weiss, Esquire (Counsel for Bjorn Snorrason)

Carlton Fields, P.A. (Counsel for Bjorn Snorrason)

Jane Doe (Plaintiff)

Daniel J. Barroukh, Esquire (Counsel for Plaintiff)

Derek Smith Law Group, PLLC (Counsel for Plaintiff)

Ibanera LLC (Defendant)

Michael Carbonara (Defendant)

David Parr (Defendant)

Scott J. Topolski, Esquire (Counsel for Ibanera LLC, Michael Carbonara, and David Parr)

Cole Schotz P.C. (Counsel for Ibanera LLC, Michael Carbonara, and David Parr)

Evan Ronald Smith, Esquire (Counsel for Ibanera LLC, Michael Carbonara, and David Parr)

Cogent Law Group, LLP (Counsel for Ibanera LLC, Michael Carbonara, and David Parr)

Marriott International, Inc. (Defendant)

Starwood Hotel & Resorts Management Company, LLC (Defendant)

Starwood Hotels & Resorts Worldwide, LLC (Defendant)

Virginia Regis Callahan, Esquire (Counsel for Marriott International, Inc., Starwood Hotel & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC)

DLA Piper LLP (Counsel for Marriott International, Inc., Starwood Hotel & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC)

**2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

N/A

**3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

N/A

**4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Plaintiff purports to be entitled to damages, but Mr. Snorrason denies that Plaintiff is entitled to any purported relief in this matter whatsoever.

**5.     The citizenship of every individual or entity whose citizenship is attributed to the party or intervenor:**

In accordance with Federal Rule of Civil Procedure 7.1(a)(2), Mr. Snorrason is a resident and citizen of Iceland.

143542536.1

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 9, 2026

*s/ Naomi M. Berry*
Aaron S. Weiss (FBN 48813)
Naomi M. Berry (FBN 69916)
Carlton Fields, P.A.
700 NW 1st Ave., Ste. 1200
Miami, Florida 33136-4118
Telephone:  305-530-0050
Facsimile:   305-530-0055
Email: aweiss@carltonfields.com
           nberry@carltonfields.com

*Attorneys for Defendant Bjorn Snorrason*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on February 9, 2026.

*/s/ Naomi M. Berry*