UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

      Plaintiff,

v.

IBANERA LLC, *et al.*,

      Defendants.
_____/

## PROPOSED SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June 21, 2027**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Monday, June 14, 2027**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **6/16/26** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **6/23/26** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **11/20/26** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/18/26** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **1/8/27** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **1/29/27** |
| 7. | Fact discovery shall be completed by | **2/12/27** |

| | | |
|---|---|---|
| 8. | Expert discovery shall be completed by | **2/19/27** |
| 9. | Mediation shall be completed by | **2/26/27** |
| 10. | Dispositive motions, including summary judgment and Daubert, shall be filed by | **3/12/27** |
| 11. | Deposition designations and counter-designations shall be filed by | **4/9/27** |
| 12. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **4/16/27** |
| 13. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **5/14/27** |

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of February, 2026.

_____
The Honorable DAVID S. LEIBOWITZ
United States District Judge