UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.                                                            CASE NO. 1:25-cv-24118-LEIBOWITZ

IBANERA LLC, et al.
Defendants.

_____/

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Defendants Ibanera LLC ("Ibanera"), David Parr ("Parr"), and Michael Carbonara ("Carbonara") (collectively, the "Ibanera Defendants"), by and through their undersigned counsel, hereby submit the following statement of interested parties and corporate disclosure statements in this action, as required by the Court's January 27, 2026, Order [D.E. 34]:

**1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

Bjorn Snorrason (Defendant)

Naomi M. Berry, Esquire (Counsel for Bjorn Snorrason)

Aaron S. Weiss, Esquire (Counsel for Bjorn Snorrason)

Carlton Fields, P.A. (Counsel for Bjorn Snorrason)

Jane Doe (Plaintiff)

Daniel J. Barroukh, Esquire (Counsel for Plaintiff)

1

Derek Smith Law Group, PLLC (Counsel for Plaintiff)

Ibanera LLC (Defendant)

Rosemont International Holdings LLC (Parent of Defendant Ibanera LLC)

Wyoming Partners Irrevocable Trust (owner of Rosemont International Holdings LLC)

Michael Carbonara (Defendant)

David Parr (Defendant)

Scott J. Topolski, Esquire (Counsel for Ibanera LLC, Michael Carbonara, and David Parr).

Cole Schotz P.C. (Counsel for Ibanera LLC, Michael Carbonara, and David Parr).

Evan Ronald Smith, Esquire (Counsel for Ibanera LLC, Michael Carbonara, and David Parr).

Cogent Law Group, LLP (Counsel for Ibanera LLC, Michael Carbonara, and David Parr).

Marriott International, Inc. (Defendant).

Starwood Hotel & Resorts Management Company, LLC (Defendant).

Starwood Hotels & Resorts Worldwide, LLC (Defendant).

Virginia Regis Callahan, Esquire (Counsel for Marriott International, Inc., Starwood Hotel & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC).

DLA Piper LLP (Counsel for Marriott International, Inc., Starwood Hotel & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC).

**2.     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

N/A

**3. The name of every other entity which is likely to be an active participant in the proceedings:**

N/A

**4. The name of each victim (individual or corporate) of conduct alleged to be wrongful, including every person who may be entitled to restitution:**
Plaintiff purports to be entitled to damages, but the Ibanera Defendants deny that Plaintiff is entitled to any purported relief in this matter whatsoever.

**5. The citizenship of every individual or entity whose citizenship is attributed to the party or intervenor:**

David Parr is a citizen of the United States.

Michael Carbonara is a citizen of the United States.

Ibanera LLC is a Wyoming limited liability company registered to do business in the State of Florida.

Rosemont International Holdings LLC is a Delaware limited liability company.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 9, 2026

        Respectfully submitted,

        **Defendants Ibanera LLC, David Parr, and Michael Carbonara**

        By Counsel:

        /s/ Scott J. Topolski
        Scott J. Topolski, Esq.

        Florida Bar No. 0006394
        COLE SCHOTZ P.C.
        2255 Glades Road, Suite 300E
        Boca Raton, Florida 33431
        T: (561) 609-3856
        F: (561) 423-0392
        Email: stopolski@coleschotz.com

        /s/ Evan R. Smith
        Evan R. Smith, Esq.
        *Admitted Pro Hac Vice*
        Cogent Law Group, LLP
        2001 L St. NW, Suite 500
        Washington, D.C. 20036
        Phone: (202) 644-8880
        Fax: (202) 644-8880
        Email: esmith@cogentlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically, through the CM/ECF system, to all counsel of record on February 9, 2026.

        */s/ Scott J. Topolski*