UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-24118-LEIBOWITZ

JANE DOE,

    Plaintiff,

v.

IBANERA, LLC, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ellen Dew of the law firm of DLA Piper LLP (US), 650 South Exeter Street, Suite 1100, Baltimore, Maryland 21202, (410) 580-4127, for purposes of appearance as co-counsel on behalf of Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC (collectively, the "Marriott Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ellen Dew to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ellen Dew is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of Maryland, the United States District Court for the District of Maryland, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Ninth Circuit Court of Appeals and the Eleventh Circuit Court of Appeals.

    2.    Movant, Virginia Callahan, Esquire, of the law firm of DLA Piper LLP (US), 650 South Exeter Street, Suite 1100, Baltimore, Maryland 21202, (410) 580-4328, is a member in good

standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ellen Dew has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ellen Dew, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ellen Dew at email address: ellen.dew@us.dlapiper.com.

WHEREFORE, Virginia Callahan, moves this Court to enter an Order Ellen Dew, to appear before this Court on behalf of the Marriott Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ellen Dew.

Date: February 10, 2026                Respectfully submitted,

                                       */s/ Virginia Regis Callahan*
                                       Virginia Regis Callahan
                                       Florida Bar No. 1058943
                                       virginia.callahan@us.dlapiper.com
                                       **DLA Piper LLP (US)**
                                       650 South Exeter Street, Suite 1100,
                                       Baltimore, Maryland 21202
                                       (410) 580-4328

                                       *Attorney for Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-24118-LEIBOWITZ

JANE DOE,

    Plaintiff,

v.

IBANERA, LLC, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF ELLEN DEW**

    Ellen Dew, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the State of Maryland, the United States District Court for the District of Maryland, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Ninth Circuit Court of Appeals and the Eleventh Circuit Court of Appeals; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Ellen E. Dew*
_____
Ellen Dew
Maryland Bar No. 0812180158
ellen.dew@us.dlapiper.com
**DLA Piper LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
(410) 580-4127