UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.                                          CASE NO. 1:25-cv-24118-LEIBOWITZ

IBANERA LLC, et al.
Defendants.

_____/

**DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S ORDER
AND RESERVATION OF RIGHTS**

Defendants, IBANERA LLC, MICHAEL CARBONARA and DAVID PARR ("Defendants"), hereby file this Notice of Compliance with the Court's February 3, 2026 Order (Doc. [37]) and states as follows**:**

1. On January 20, 2026, Defendants filed their Motion for Summary Judgment (Doc. [32]).

2. On February 2, 2026, Plaintiff filed her Amended Complaint (Doc. [36]), which supersedes the prior operative pleading.

3. On February 3, 2026, the Court entered its Order (Doc. [37]) directing Defendants to file a redacted version of their previously filed Motion for Summary Judgment.

4. Because the Amended Complaint supersedes the prior complaint, Defendants' previously filed Motion for Summary Judgment is procedurally moot, and as such Defendants are not proceeding with that Motion at this time.

1

5. Defendants expressly reserve all rights, including the right to file a renewed or new motion for summary judgment directed to the Amended Complaint at the appropriate time, and does not waive any defenses, arguments, or positions by this. In the event a new motion for summary judgment is filed, Defendants will file a redacted version of that motion in compliance with the Court Order of February 3, 2026.

By Counsel:

/s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
COLE SCHOTZ P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
Email: stopolski@coleschotz.com

/s/ Evan R. Smith
Evan R. Smith, Esq.
*Admitted Pro Hac Vice*
Cogent Law Group, LLP
2001 L St. NW, Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880
Fax: (202) 644-8880
Email: esmith@cogentlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically, through the CM/ECF system, to all counsel of record on February 10, 2026.

*/s/ Scott J. Topolski*