UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,        **CASE NO. 1:25-cv-24118-LEIBOWITZ**
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AND SERVE RESPONSE TO AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, Defendants Ibanera LLC ("Ibanera"), David Parr ("Parr"), and Michael Carbonara ("Carbonara") (collectively, the "Ibanera Defendants"), by and through their undersigned counsel, move this Court for an Order extending the time within which they may file and serve their Response to Plaintiff, JANE DOE'S ("Plaintiff"), Amended Complaint. In support of the Motion, the Ibanera Defendants state:

1. On September 9, 2025, Plaintiff filed her Complaint (Doc. 1).

2. On January 20, 2026, Defendants filed their Motion for Summary Judgment (Doc. 32).

70424/0001-52489408v1

3.  On February 2, 2026, Plaintiff filed her Amended Complaint (Doc. 36), which supersedes the prior operative pleading.

4.  On February 3, 2026, the Court entered its Order (Doc. 37) directing the Ibanera Defendants to file a redacted version of their previously filed Motion for Summary Judgment.

5.  In response to the above Order, and in light of the fact that their previously filed Motion for Summary Judgment was procedurally moot in light of the Amended Complaint, the Ibanera Defendants filed their Notice of Compliance with Order and Reservation of Rights. (Doc. 44).

6.  The Ibanera Defendants response to the Amended Complaint is due on February 17, 2026.

7.  The Amended Complaint contains numerous new allegations, not contained in the original Complaint, that will require the Ibanera Defendants to make substantial changes to and re-file a Motion for Summary Judgment. This effort will require considerable time.

8.  Accordingly, the Ibanera Defendants would respectfully request an additional 14 days, until March 3, 2026, to respond to the Amended Complaint.

9.  Counsel for Plaintiff has consented to the extension.

10. Rule 6(b) of the Federal Rules of Civil Procedure affords the Court discretion to grant enlargements of time when justice requires.

11. No party will be prejudiced nor will the trial be delayed by the granting of this Motion. In addition, this Motion is not being filed for the purpose of delay.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or

>notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The Ibanera Defendants' time to respond to the Amended Complaint has not expired, and therefore, the Ibanera Defendants need only show "good cause." *See Alarm Grid, Inc. v. Alarm Club.com, Inc.,* 2018 WL 679490 (S.D. Fla. 2018).  Here, the Ibanera Defendants have, as set forth in detail above, established "good cause."

WHEREFORE, Defendants, Ibanera LLC, Michael Carbonara and David Parr, respectfully request that this Honorable Court grant them a 14-day extension until March 3, 2026 to file and serve their Response to Plaintiff's Amended Complaint

## RULE 7.1 CERTIFICATION

Counsel for the Ibanera Defendants did communicate on this matter with counsel for the Plaintiff in an attempt to secure his consent to the relief requested herein, and counsel for Plaintiff indicated that he consented to the request for an extension.

By Counsel:

/s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
COLE SCHOTZ P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
Email: stopolski@coleschotz.com

/s/ Evan R. Smith
Evan R. Smith, Esq.
*Admitted Pro Hac Vice*
Cogent Law Group, LLP
2001 L St. NW, Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880

70424/0001-52489408v1

Fax: (202) 644-8880
Email: esmith@cogentlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically, through the CM/ECF system, to all counsel of record on February 17, 2026.

*/s/ Scott J. Topolski*