# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,   **CASE NO. 1:25-cv-24118-LEIBOWITZ**
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

THIS CAUSE, having come before the Court on the Motion of Defendants, Ibanera LLC, Michael Carbonara and David Parr, for an Order, extending the time within which they may respond to Plaintiff, Jane Doe's, Amended Complaint to March 3, 2026 and the Court having reviewed the Motion and Court file and being otherwise duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that Defendants' Motion be and is hereby GRANTED.

Defendants, Ibanera LLC's, Michael Carbonara's and David Parr's, deadline to respond to Plaintiff's Amended Complaint is hereby extended to March 3, 2026.

DONE AND ORDERED in Miami Florida, this \_\_\_\_ day of February, 2026.

_____
Hon. David S. Leibowitz
United States District Judge

Copies Furnished To:

All Counsel of Record