UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,      **CASE NO. 1:25-cv-24118-LEIBOWITZ**
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.

_____/

**NOTICE OF JOINDER BY**
**DEFENDANTS IBANERA LLC, MICHAEL CARBONARA AND DAVID PARR IN**
**DEFENDANT BJORN SNORRASON'S MOTION TO STAY DISCOVERY**

PLEASE TAKE NOTICE that Defendants Ibanera LLC, Michael Carbonara and David Parr (the "Ibanera Defendants"), hereby join in Defendant Bjorn Snorrason's Motion to Stay Discovery Pending Resolution of his Motion to Dismiss (the "Motion", ECF No. 52).

In the Amended Complaint, Plaintiff asserts multiple claims against the Ibanera Defendants. The current deadline for the Ibanera Defendants to respond to the Amended Complaint is March 3, 2026. In response to the initial Complaint, the Ibanera Defendants moved for summary judgment (ECF No. 32). In response to the Amended Complaint, the Ibanera Defendants anticipate either renewing their Motion for Summary Judgment or, in the

alternative, bringing a Rule 12 Motion to Dismiss, which they anticipate would contain many of the same arguments contained in Defendant Snorrason's Motion to Dismiss the Amended Complaint, including dismissal under the doctrine of *forum non conveniens*. (ECF No. 50).

Like the Snorrason Motion to Dismiss, the Ibanera Defendants' anticipated Motion for Summary Judgment or Motion to Dismiss will be meritorious and will raise threshold legal issues that, if granted, would dispose of all claims against them and eliminate the need for discovery altogether.

Since the case is at its earliest procedural stage and resolution of the pending and to-be-filed motions require what will be in whole or in large part purely legal determinations, the parties and the Court will be unduly burdened and resources may be wasted by engaging in discovery absent a stay. A stay of discovery during this period will not unduly prejudice Plaintiff.

Accordingly, and without waiving their rights to set forth any additional arguments or defenses, the Ibanera Defendants hereby join in and adopt the positions and arguments set forth in Defendant Snorrason's Motion as though fully set forth herein. This Joinder is based on Defendant Snorrason's Motion, incorporated memorandum of law, and Proposed Order granting the Motion; all other pleadings and papers on file in this action; and any argument that the Court may permit on the Motion.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

The undersigned certifies that counsel for the Ibanera Defendants conferred with Plaintiff's counsel regarding the relief sought herein. Plaintiff's counsel advised that Plaintiff is opposed to the issuance of the requested relief.

By Counsel:

/s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
COLE SCHOTZ P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
Email: stopolski@coleschotz.com

/s/ Evan R. Smith
Evan R. Smith, Esq.
*Admitted Pro Hac Vice*
Cogent Law Group, LLP
2001 L St. NW, Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880
Fax: (202) 644-8880
Email: esmith@cogentlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to all counsel of record on February 25, 2026.

*/s/ Scott J. Topolski*