UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24118-DSL

JANE DOE,

        Plaintiff,

v.

IBANERA LLC, *et al.*,

        Defendants.
_____/

**JOINT NOTICE OF MEDIATION**

    Plaintiff, Jane Doe, and Defendants, Ibanera LLC, Michael Carbonara, David Parr, Bjorn Snorrason, Marriott International, Inc, Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC, by and through their respective undersigned counsel and pursuant to the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 46], hereby give notice that they have selected Peter M. Weinstein, Esquire to mediate this case. Mediation will be held in-person on Tuesday, January 19, 2027, at 10:00 a.m. Eastern Time at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131. A proposed Order Scheduling Mediation is attached hereto.

    Dated this 3rd day of March, 2026.


[SIGNATURES ON THE FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| **CARLTON FIELDS, P.A.** | **DEREK SMITH LAW GROUP, PLLC** |
| /s/ Naomi M. Berry | /s/ Daniel J. Barroukh |
| Naomi M. Berry, Esq. | Daniel J. Barroukh, Esq. |
| Florida Bar No. 69916 | Florida Bar No. 1049271 |
| 2 Miami Central | Derek Smith Law Group, PLLC |
| 700 NW 1st Avenue, Ste. 1200 | 520 Brickell Key Drive, Suite O-301 |
| Miami, FL 33136-4118 | Miami, FL 33131 |
| Telephone: (305) 530-0050 | Tel: (305) 946-1884 |
| Email: nberry@carltonfields.com | Fax: (305) 503-6741 |
| | danielb@dereksmithlaw.com |
| *Counsel for Defendant Bjorn Snorrason* | |
| | *Counsel for Plaintiff Jane Doe* |
| **COLE SCHOTZ P.C.** | **DLA PIPER LLP (US)** |
| /s/ Scott J. Topolski | /s/ Virginia Regis Callahan |
| Scott J. Topolski, Esq. | Virginia Regis Callahan, Esq. |
| Florida Bar No. 0006394 | Florida Bar No. 1058943 |
| 2255 Glades Road, Suite 300E | 3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200 |
| Boca Raton, Florida 33431 | Tampa, Florida 33607 |
| Telephone: (561) 609-3856 | Telephone: (410) 580-4328 |
| Facsimile: (561) 423-0392 | Facsimile: (410) 580-3011 |
| Email: stopolski@coleschotz.com | Email: Virginia.Callahan@us.dlapiper.com |
| *Co-Counsel for Defendants Ibanera LLC, Michael Carbonara, and David Parr* | *Counsel for Marriott International, Inc, Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC* |