UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24118-DSL

JANE DOE,

        Plaintiff,

v.

IBANERA LLC, *et al.*,

        Defendants.

_____/

**ORDER SCHEDULING MEDIATION**

      The mediation conference in this matter shall be held with Mediator, Peter M. Weinstein, Esq. on January 19, 2027, at 10:00 am ET at 520 Brickell Key Drive, Suite O-3101, Miami, Florida 33131.

      ENTERED this \_\_\_ day of _____, 2025.

                                                    _____
                                                    DAVID S. LEIBOWITZ
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished:

All counsel of record