UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,

Plaintiff,

v.                                                                          CASE NO.: 1:25-cv-24118-DSL

IBANERA LLC,

MICHAEL CARBONARA,

DAVID PARR, et al.,

Defendants.

_____/

**DEFENDANT IBANERA LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Ibanera LLC ("Ibanera"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, submits the following Statement of Undisputed Material Facts supporting its Motion for Partial Summary Judgment on statutory coverage under Title VII and the Florida Civil Rights Act ("FCRA").

**A. The Relevant Statutory "Coverage Years" for Plaintiff's September 2024 Allegations**

1. Plaintiff alleges relevant events occurring in or about September 2024. (Am. Compl. ¶¶ 182-206.)

2. For purposes of Title VII's numerosity requirement, the relevant inquiry is whether Ibanera employed fifteen (15) or more employees for each working day in each of twenty (20) or more calendar weeks in the "current or preceding calendar year." (See 42 U.S.C. § 2000e(b).)

3. The "current" calendar year for alleged September 2024 events is calendar year 2024. (See 42 U.S.C. § 2000e(b).)

4. The "preceding" calendar year for alleged September 2024 events is calendar year 2023. (See 42 U.S.C. § 2000e(b).)

1

**B. Payroll-Method Facts: How Ibanera Maintained and Recorded Employment Relationships**

5. During calendar years 2023 and 2024, Ibanera used ADP as its payroll provider for Ibanera employees.
   (Carbonara Decl. ¶5; Parr Decl. ¶5.)

6. During calendar years 2023 and 2024, all payroll for Ibanera employees was processed through ADP.
   (Carbonara Decl. ¶5; Parr Decl. ¶5.)

7. ADP maintained payroll registers reflecting each payroll processed for Ibanera during calendar years 2023 and 2024.
   (Carbonara Decl. ¶6.)

8. The ADP payroll records attached to Michael Carbonara's declaration are true and accurate copies of Ibanera's ADP payroll records for calendar years 2023 and 2024 (redacted for personal data)
   (Carbonara Decl. ¶5.)

9. ADP calculated, withheld, reported, and paid applicable U.S. payroll taxes for Ibanera's employee payrolls and generated quarterly employer payroll tax reports to the Internal Revenue Service on Ibanera's behalf.
   (Carbonara Decl. ¶7.)

10. The quarterly employer tax reports generated by ADP for Ibanera include a "Company Totals" section that lists total employees for the quarter.
    (Carbonara Decl. ¶8.)

**C. Ibanera's Employee Count in the Coverage Years 2023 and 2024**

11. In calendar year 2023, ADP processed a total of nineteen (19) payrolls for Ibanera.
    (Carbonara Decl. ¶6.)

12. In calendar year 2024, ADP processed a total of twenty-three (23) payrolls for Ibanera.
    (Carbonara Decl. ¶6.)

13. The ADP payroll registers for each payroll processed in 2023 reflect that Ibanera had exactly one (1) employee on payroll for each payroll processed.
    (Carbonara Decl. ¶6.)

14. The ADP payroll registers for each payroll processed in 2024 reflect that Ibanera had exactly one (1) employee on payroll for each payroll processed.
    (Carbonara Decl. ¶6.)

15. The sole employee reflected on Ibanera's ADP payroll registers for 2023 and 2024 is Japman Kharabanda.
    (Carbonara Decl. ¶6.)

16. Ibanera had no employees during the first quarter of 2023, and accordingly there was no first-quarter 2023 employer payroll tax report reflecting employee wages or payroll tax withholding.
    (Carbonara Decl. ¶8.)

17. For the second, third, and fourth quarters of 2023, ADP generated employer payroll tax reports for Ibanera that state "Total Employees: 1."
    (Carbonara Decl. ¶8.)

18. For each of the four quarters of 2024, ADP generated employer payroll tax reports for Ibanera that state "Total Employees: 1."
    (Carbonara Decl. ¶8.)

19. For all of calendar years 2023 and 2024, Ibanera had only one (1) employee in the United States.
    (Carbonara Decl. ¶4; Parr Decl. ¶4.)

20. For all of calendar years 2023 and 2024, Ibanera has never had fifteen (15) or more employees.
    (Carbonara Decl. ¶4; Parr Decl. ¶4.)

21. Ibanera has no employees in any other countries.
    (Carbonara Decl. ¶4; Parr Decl. ¶4.)

**D. Individuals Plaintiff May Assert Were "Employees" Were Not on Payroll as Employees**

22. Neither Michael Carbonara nor David Parr has ever been an employee of Ibanera or of Ibanera's parent entities.
    (Carbonara Decl. ¶12; Parr Decl. ¶8.)

23. Bjorn Snorrason has never been an employee or owner of Ibanera.
    (Carbonara Decl. ¶13; Parr Decl. ¶9.)

24. Daniel Baron was an independent contractor to Ibanera based in Dubai and has never been an employee of Ibanera.
    (Carbonara Decl. ¶14; Parr Decl. ¶10.)

25. During 2023 and 2024, Ibanera used independent contractors to develop its software and contracted with independent salespeople located in other nations from time to time.
    (Carbonara Decl. ¶4; Parr Decl. ¶4.)

26. None of those independent contractors were employees of Ibanera.
    (Carbonara Decl. ¶4; Parr Decl. ¶4.)

27. Plaintiff Jane Doe has never been an employee of Ibanera.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

28. Ibanera contracted with a Costa Rica company formed by Plaintiff to obtain consulting and sales support services.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

29. Plaintiff's services were provided to Ibanera through that Costa Rica entity rather than as an employee of Ibanera.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

30. Ibanera did not perform employee onboarding steps with respect to Plaintiff, including completion of Form I-9, obtaining Plaintiff's W-4, or verifying a Social Security number for payroll purposes.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

31. Ibanera never issued Plaintiff any paychecks or paystubs.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

32. Ibanera never withheld or paid payroll taxes for Plaintiff.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

33. Ibanera never issued Plaintiff a Form W-2.
    (Carbonara Decl. ¶15; Parr Decl. ¶11.)

**F. Additional Facts Supporting Ibanera's Claim of Fewer than 15 Employees**

34. Ibanera's ADP payroll registers and ADP quarterly employer payroll tax reports are records created and maintained in the ordinary course of Ibanera's payroll administration and reflect the individuals for whom Ibanera maintained an employment relationship as employees for payroll purposes during 2023 and 2024.
    (Carbonara Decl. ¶¶5–8; Parr Decl. ¶¶4–5.)

35. Those payroll and tax records reflect that, at all times in calendar years 2023 and 2024, Ibanera maintained an employment relationship with no more than one employee.
    (Carbonara Decl. ¶¶4–8; Parr Decl. ¶4.)

36. Accordingly, during calendar years 2023 and 2024, Ibanera did not maintain an employment relationship with fifteen (15) or more employees at any time.
    (Carbonara Decl. ¶¶4–8; Parr Decl. ¶4.)

37. During calendar years 2023 and 2024, Ibanera did not have fifteen (15) or more employees for each working day in any calendar week.
    (Carbonara Decl. ¶¶4–8; Parr Decl. ¶4.)

38. During calendar years 2023 and 2024, Ibanera did not have fifteen (15) or more employees for each working day in twenty (20) or more calendar weeks.
    (Carbonara Decl. ¶¶4–8; Parr Decl. ¶4.)

39. Ibanera is an independent company that maintained separate payroll, accounting, bank accounts, and tax reporting from any other entity.
    (Carbonara Decl. ¶9; Parr Decl. ¶6.)

40. No other entity controlled Ibanera's labor relations, HR policies, or day-to-day HR decisions.
    (Carbonara Decl. ¶9; Parr Decl. ¶6.)

41. Ibanera's parent entities do not have any employees, and Ibanera has no subsidiaries with employees.
    (Carbonara Decl. ¶11; Parr Decl. ¶7.)

Respectfully submitted,

**Defendant Ibanera LLC**

By Counsel:

/s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
COLE SCHOTZ P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
Email: stopolski@coleschotz.com

/s/ Evan R. Smith
Evan R. Smith, Esq.
*Admitted Pro Hac Vice*
Cogent Law Group, LLP
2001 L St. NW, Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880
Fax: (202) 644-8880
Email: esmith@cogentlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to all counsel of record March 3, 2026.

*/s/ Scott J. Topolski*