UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-24118-LEIBOWITZ/Augustin-Birch

JANE DOE,

    *Plaintiff*,

vs.

IBANERA LLC, *et al.*,

    *Defendants.*

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO HIS MOTION TO DISMISS

Defendant Bjorn Snorrason moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for entry of unopposed order granting him an extension of 7 days to file its reply in support of his motion to dismiss.

On February 17, 2026, Mr. Snorrason filed his motion to dismiss Plaintiff's First Amended Complaint based on for lack of personal jurisdiction, *forum non conveniens*, and, for failure to state a claim for which relief can be granted. [ECF No. 51]. Plaintiff filed a timely opposition to the motion on March 3, 2026. [ECF No. 57].

Due to press of business, including several matters where undersigned counsel is serving as a court-appointed mediator, Mr. Snorrason requests a one-week extension to file huis reply to March 17, 2016.

In relevant part, Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." The standard is a liberal one, and "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice And Procedure, § 1165 (4th ed.).

Mr. Snorrason intends to use this extension to ensure its reply is thorough and complete for the Court's review. The extension will not cause substantial delay, particularly since the briefing on certain other defendants' motion to dismiss is tracking behind Mr. Snorrason's motion. Plaintiff's counsel has graciously agreed not to oppose

1

this requested extension. This is Mr. Snorrason's first request for extension of time since responding to the complaint in this matter.

## CONCLUSION

For the foregoing reasons, Defendant Bjorn Snorrason respectfully requests that this Court enter an Order granting it a seven-day extension of time, through March 17, 2016, to file its reply in support of its motion dismiss. A proposed order is attached as **Exhibit 1**.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. 7.1(a)(3), undersigned counsel conferred with Plaintiff's counsel for by email on March 5 and 6, 2026 and certifies that Plaintiff is not opposed to issuance of the requested relief.

Dated: March 9, 2026

/s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Naomi M. Berry (FBN 69916)
Email: nberry@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Ave., Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Attorneys for Defendant Bjorn Snorrason*