UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-24118-LEIBOWITZ/Augustin-Birch

JANE DOE,

    *Plaintiff*,

vs.

IBANERA LLC, *et al.*,

    *Defendants*.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant Bjorn Snorrason's Unopposed Motion for Extension of Time to Reply to Plaintiff's Opposition to His Motion to Dismiss (the "Motion") [ECF No. 62]. The Court has considered the Motion and the record in this case, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that

1. The Motion is **GRANTED**.

2. Defendant Bjorn Snorrason shall file his reply in support of his Motion to Dismiss on or before **March 17, 2026**.

DONE AND ORDERED in Chambers at Miami, Florida on March \_\_, 2026.

_____
David S. Leibowitz
United States District Judge

Copies furnished to:
All counsel of record