UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

JANE DOE,
    *Plaintiff,*

v.

IBANERA, LLC, *et al.*,
    *Defendants.*
_____/

## ORDER STAYING DISCOVERY

**THIS CAUSE** is before the Court upon Defendant Bjorn Snorrason's Motion to Stay Discovery pending Resolution of His Motion to Dismiss for lack of personal jurisdiction [ECF No. 52] (the "Motion"), filed on February 20, 2026. Defendants Marriott International, Inc., Starwood Hotels & Resorts Management Company, LLC, and Starwood Hotels & Resorts Worldwide, LLC, filed a Notice of Joinder in the Motion. [ECF No. 53]. Likewise, Defendants Ibanera, LLC, Michael Carbonara, and David Parr filed a Notice of Joinder. [ECF No. 54]. Plaintiff responded in opposition [ECF No. 61]. After reviewing the Amended Complaint [ECF No. 36], Defendants' motions to dismiss [ECF Nos. 50, 51 60] and for partial summary judgment [ECF No. 58], as well as the parties' papers, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Stay Discovery [**ECF No. 52**] is **GRANTED**. All deadlines set forth in the Court's Scheduling Order [ECF No. 46] are STAYED, pending the Court's resolution Defendants' pending motions [ECF Nos. 50, 51, 58, 60].

**DONE AND ORDERED** in the Southern District of Florida on March 9, 2026.

                                                    DAVID S. LEIBOWITZ
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record