UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24118-DSL

JANE DOE,

        Plaintiff,

v.

IBANERA LLC, *et al.*,

        Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT IBANERA LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS**

    Plaintiff, JANE DOE ("Plaintiff"), by and through her undersigned counsel, hereby moves this Court for an extension of time of twenty-one (21) days, up to and including April 7, 2026, to respond to Defendant IBANERA LLC's Motion for Partial Summary Judgment [ECF No. 58] and Motion to Dismiss [ECF No. 60] (collectively "Defendant's Motions"), and in support states as follows:

    1.    On February 2, 2026, Plaintiff filed her Complaint.

    2.    Defendants' responsive pleadings were filed on March 3, 2026 [ECF No. 58 & 60].

    3.    The Court may grant an extension of time upon a showing of good cause. Fed. R. Civ. P. 6(b).

    4.    Due to the complexity of the issues presented, Plaintiff requires additional time to properly review Defendant's Motions and prepare her responses.

    5.    Accordingly, Plaintiff respectfully requests an extension of time of twenty-one (21) days, up to and including April 7, 2026, to respond to Defendants' Motions.

6. Plaintiff's request is made in the interest of justice, as an extension will ensure Plaintiff's arguments and the record evidence in support are fully presented to the Court.

7. This motion is not made for the purposes of delay and Defendants will not be prejudiced by the extension of time.

**WHEREFORE**, Plaintiff respectfully requests an extension of time of twenty-one (21) days, up to and including April 7, 2026, to respond to Defendant's Motions.

<u>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**</u>

Undersigned counsel has conferred with counsel for Defendant IBANERA LLC, who has advised that the Defendant does not oppose the relief sought herein.

Dated: Miami, Florida
March 10, 2026

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 10, 2026, on all counsel of record on the service list below via CM/ECF.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE SCHOTZ P.C.**
Scott J. Topolski
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 609-3856
Facsimile: (561) 423-0392
Email: stopolski@coleschotz.com
*Co-Counsel for Defendants Ibanera LLC,
Michael Carbonara, and David Parr*
**VIA CM/ECF**

**COGENT LAW GROUP, LLP**
Evan Ronald Smith
2001 L St. NW, Suite 500
Washington, DC 20036
Telephone: 202.644.8880
Email: esmith@cogentlaw.com
*Co-Counsel for Defendants Ibanera LLC,
Michael Carbonara, and David Parr*
**VIA CM/ECF**

**CARLTON FIELDS, P.A.**
Naomi M. Berry
Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136-4118
Telephone: (305) 530-0050
Email: nberry@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*
**VIA CM/ECF**

**CARLTON FIELDS, P.A.**
Aaron S. Weiss
Florida Bar No. 48813
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami FL, 33136-4118
Telephone: (305) 530-0050
Email: aweiss@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*
**VIA CM/ECF**

**DLA PIPER LLP (US)**
Virginia Regis Callahan
Florida Bar No. 1058943
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200
Tampa, Florida 33607
Telephone: (410) 580-4328
Facsimile: (410) 580-3011
Email: Virginia.Callahan@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*
**VIA CM/ECF**

**DLA PIPER LLP (US)**
Ellen Dew
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
Tampa, Florida 33607
Telephone: (410) 580-4127
Fax: (410) 580-3001
Email: Ellen.Dew@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*
**VIA CM/ECF**