UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

      Plaintiff,

v.

IBANERA LLC, *et al.*,

      Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant IBANERA LLC's Motion for Partial Summary Judgment [ECF No. 58] and Motion to Dismiss [ECF No. 60] (the "Motion"). The Court having reviewed the file and being duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion [ECF No. 66] is GRANTED.

2. Plaintiff shall file her response to Defendant IBANERA LLC's Partial Motion for Summary Judgment and Motion to Dismiss on or before **April 7, 2026**.

**DONE** and **ORDERED** in Miami, Florida, this _____ day of _____, 2026.

                                                                               _____
                                                                               DAVID S. LEIBOWITZ
                                                                               UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record