UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

JANE DOE,
    *Plaintiff,*
v.

IBANERA, LLC, *et al.*,
    *Defendants.*
_____/

# ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Extension to Respond to Defendants' Motion for Partial Summary Judgment [ECF No. 58] and Motion to Dismiss [ECF No. 60] (collectively, the Motions), filed on March 10, 2026. [*See* ECF No. 66]. The Motions were filed on March 3, 2026, and Plaintiff seeks a 21-day extension, up to and including April 7, 2026, to file a response. [*Id.* at 1]. Beyond generally stating that "[d]ue to the complexity of the issues presented, Plaintiff requires additional time to properly review Defendant's Motions and prepare her responses," Plaintiff provides no explanation for why she cannot meet the March 17, 2026, deadline.

The Court has reviewed the Motions and does not believe that five weeks are needed to respond. The Motion for Partial Summary Judgment presents a purely legal question as to Defendant Ibanera's failure to qualify as an employer under Title VII (which defense was raised in Plaintiff's EEOC proceedings [*see* ECF No. 58 at 2–4], and the Motion To Dismiss [ECF No. 60] raises the same arguments Plaintiff already responded in ECF Nos. 56 and 57. As a result, Plaintiff has not made the case for the extension she seeks.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 66**] **is DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on March 12, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record