| NAME | Anniversary Date | REGION | DEPARTMENT | ROLE | LOCATION | PRIMARY PHONE | EMAIL PHOENIX | EMAIL IBANERA | EMAIL ADDITIONAL | SKYPE ID | TELEGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adriana Lopez | Oct 3 | Global | Accounting | Finance Analyst | Mexico | | a.lopez@phoenixam.net | adriana.lopez@ibanera.com | | | |
| Alex Mesa | April 19 | Global | Sales | Sales Representative | USA | | | alex.mesa@ibanera.com | | | |
| Alina Orozco | July 8 | Global | Accounting | Finance Analyst | Mexico | | | alina.orozco@ibanera.com | | | |
| Ana Gamez | Nov 27 | Global | Sales | Coordinator | United States | | | ana.gamez@ibanera.com | | | |
| Ana Paula Oliveira | May 18 | Global | LATAM | Executive Assistant | Brazil | | | paula.oliveira@ibanera.com | | | |
| Angie Brian | Jan 11 | Global | Administration | Executive Assistant & Administrator/HR | United States | | angie.brian@phoenixam.net | angie.brian@ibanera.com | | | |
| Antonella Lamp Flores | | Global | LATAM | LATAM Specialist | Argentina | | | antonella.lamp@ibanera.com | | | |
| Beatriz Helena Herrera | Nov 13 | LATAM | LATAM | Business Development Manager | New York | | | Helena.herrera@ibanera.com | | | |
| Belinda Rivera | Jan 18 | USA | Compliance | Compliance analyst II | USA | | | belinda.rivera@ibanera.com | | | |
| Belkys Garcia | May 27 | Global | Sales | Customer Success Manager | United States | | | bella.garcia@ibanera.com | | | |
| Bjorn Snorrason | Feb 21 | Global | Owner | Board of Directors | Spain/Iceland | | b.snorrason@phoenixam.net | bjorn@ibanera.com | | | |
| Camila Vargas | | Global | Richard's | Executive Assistant | Costa Rica | | | camila.vargas@ibanera.com | | | |
| Camilo Alvarez | Sep 19 | Global | Compliance | Compliance Analyst - KYB/EDD, Compliance Reporting | Colombia | | | camilo.alvarez@ibanera.com | | | |
| Carol Blanco | Feb 6 | Global | LATAM | Head of Latam Partnerships/ Administration/ Legal Representative | Colombia | | | carol.blanco@ibanera.com | | | |
| Cheng Mun Chan | | Singapore | Compliance | Chief Compliance Officer (Singapore) | Singapore | | | chengmun.chan@ibanera.com | | | |
| Cristhian Rincon | June 27 | Global | LATAM | LATAM Specialist | Colombia | | | cristhian.rincon@ibanera.com | | | |
| Daniel Baron | March 2 | Global | Business Development | Client Relations | Colombia | | | daniel.baron@ibanera.com | | | |
| Daniela Barragan | April 4 | Global | Technology | Executive Assistant | Colombia | | | daniela.barragan@ibanera.com | | | |
| Daniela Villalobos | July 16 | Global | Accounting | Financial Analyst | Costa Rica | | | daniela.villalobos@ibanera.com | | | |
| David Castellanos | Jan 11 | Global | Onboarding | Onboarding Coordinator | Colombia | | | david.castellanos@ibanera.com | | | |
| Deborah Orozco | April 16 | Global | Accounting | Finance Analyst | Mexico | | | deborah.orozco@ibanera.com | | | |
| Eduardo Orozco | Nov 17 | Global | Technology | Systems Administrator | Mexico | | | eduardo.orozco@ibanera.com | | | |
| Eduardo Mann | | | | | | | | | | | |
| Erick Parada | Feb 19 | Global | Administration | Administrative Assistant | Colombia | | | erick.parada@ibanera.com | | | |
| Erika Suzuki | April 30 | Global | Business Development | Digital Banking and Partnerships Adviser | Brazil | | | erika.suzuki@ibanera.com | | | |
| Fabian Pinto | September 6 | Global | Operations | Operations Consultant | Colombia | | | fabian.pinto@ibanera.com | | | |
| Felipe Pinto | April 22 | Global | Onboarding | Onboarding Specialist | Italy | | | felipe.pinto@ibanera.com | | | |
| Frances Tort | May 14 | Global | Operations | Executive Assistant | United States | | | frances.tort@ibanera.com | | | |
| Gabriela Borges | July 12 | Global | Administration | Human Resources/ Administrator | Brazil | | | gabriela.borges@ibanera.com | | | |
| Gabriela Fonseca | Jan 23 | Global | Issuing /Administration | Head of Issuing | Cancun Mexico | | g.fonseca@phoenixam.net | gabriela.fonseca@ibanera.com | | | |
| Glenn Murphy | July 17 | USA | Aquiring | Acquiring | New York | | | glenn.murphy@ibanera.com | | | |
| Grant Fields | June 26 | USA | Technology | Chief Technology Officer | United States | | | grant.fields@ibanera.com | | | |
| Hillary Sierra | March 24 | Global | Legal | Legal and Licensing Operations Associate | Colombia | | | hillary.sierra@ibanera.com | | | |
| Hock Lai Chia | Feb 28 | Singapore | Management | COO Singapore | Singapore | | | hocklai.chia@ibanera.com | | | |
| Ingrid Rivera | Sept 3 | Global | Onboarding | Onboarding Manager/ Project & Vendor | Costa Rica | | i.rivera@phoenixam.net | ingrid.rivera@ibanera.com | | | |
| James Babb | July 17 | Global | Sales and Business Development | Banking relationships-Crypto Development | Arkansas,USA | | | james.babb@ibanera.com | | | |
| James Cecil | December 6 | Global | Sales | Project Director | Boise, Idaho | | j.cecil@phoenixam.net | james.cecil@ibanera.com | | | |
| Japman Kharbanda | September 8 | Global | Business Development | Chief Strategy Officer / Head of Banking Partnerships | USA | | | japman.kharbanda@ibanera.com | | | |
| Jay Torres | Agost 1 | USA | Sales | Sales Representative | USA | | | jay.torres@ibanera.com | | | |
| Jennifer Tregre | July 9 | Global | Onboarding | Onboarding Specialist | Louisiana,USA | | | jennifer.tregre@ibanera.com | | | |
| Jesid Yaber | Nov 23 | Global | Accounting | Financial Analyst | Colombia | | | jesid.yaber@ibanera.com | | | |
| Jesus Mesa | April 19 | USA | Sales | Sales Representative | USA | | | | | | |
| Joe Carbonara | | | | | | | | | | | |
| Johana Ramirez | May 24 | Global | Compliance | Compliance Analyst - Transaction Monitoring | Colombia | | | johana.ramirez@ibanera.com | | | |
| Johnson Aruldass | September 19 | Singapore | Compliance | Compliance Analyst - Transaction Monitoring | Singapore | | | johnson.jude@ibanera.com | | | |
| Jondalar Diepeveen | June 28 | USA | Operations | COO & Solutions Engineer | Miami, Florida | | j.diepeveen@phoenixam.net | jondalar.diepeveen@ibanera.com | | | |
| Jorge Fraga | May 22 | USA | Operations | Executive Assistant | USA | | | jorge.fraga@ibanera.com | | | |
| Juan Camilo Barrera | September 19 | Global | Compliance | Compliance Analyst - Transaction Monitoring | Colombia | | | camilo.barrera@ibanera.com | | | |
| Juan Carlos Sarmiento | December 4 | Global | Business Development | Digital Banking and Partnership Adviser | Colombia | | | juancarlos.sarmiento@ibanera.com | | | |
| Juan Sebastian Melendez | December 27 | Global | Sales | Clients Relations Specialist | Colombia | | | juan.melendez@ibanera.com | | | |
| Juliana Vásquez | December 23 | Global | Legal | Legal and Licensing Operations Associate | Colombia | | | juliana.vasquez@ibanera.com | | | |
| Julio Acosta | September 18 | LATAM | Compliance | Compliance Lead Administrator | Colombia | | | julio.acosta@ibanera.com | | | |
| Karolina Pahlitzsch | April 5 | Global | Compliance | Compliance Analyst - Transaction Monitoring | Germany | | | karolina.pahlitzsch@ibanera.com | | | |
| Katerine Diaz | Jan 29 | Global | Business Development | Client Relations Specialist | Colombia | | | katerine.diaz@ibanera.com | | | |
| Laura Acosta | March 31 | Global | Banking | Digital Banking and Partnerships Adviser | Italy | | | laura.acosta@ibanera.com | | | |
| Laura Badillo | Feb 12 | Global | Onboarding | Executive Assistant | Colombia | | | laura.badillo@ibanera.com | | | |
| Laura Lorena Pinto Tavera | Mar 15 | Global | Business Development | Executive Assistant | Colombia | | | laura.pinto@ibanera.com | | | |
| Lena Sng | Nov 19 | Singapore | Administration | Administration Singapore | Singapore | | l.sng@phoenixam.net | lena.sng@ibanera.com | | | |
| Manuel Russo | April 18 | Global | Compliance | Transaction Monitoring Associate | Colombia | | | manuel.russo@ibanera.com | | | |
| Marisol Franklin | September 16 | Global | Onboarding | Onboarding/Chargebacks Management | Colombia | | | marisol.franklin@ibanera.com | | | |
| Matheus Tres | January 3 | Global | Operations | Operations Consultant | Brazil | | | matheus.tres@ibanera.com | | | |
| Michael Carbonara | May 24 | Global | Owner | Board of Directors | Miami, Florida | | m.carbonara@phoenixam.net | michael.carbonara@ibanera.com | | | |
| Michelle Villalobos | December 14 | Global | Accounting | Financial Analyst | Costa Rica | | | michelle.villalobos@ibanera.com | | | |
| Namitha Chandrashekarappa Kavi | January 1 | Global | Technology Devops | | USA | | | Gattaca: namitha.chandrashekarappa@gattacagenomics.com | | | |
| Natalia Badillo | October 5 | Global | Administration | Administrative Assistant | Colombia | | | natalia.badillo@ibanera.com | | | |
| Natalia Silva | January 6 | Global | Administration | Latam Business Development manager | Colombia | | | natalia.silva@ibanera.com | | | |
| Natalia Ritez Rivaben | Sept 4 | Global | Accounting | Financial Analyst | Brazil | | | natalia.ritez@ibanera.com | | | |
| Nathalia Quintero | December 13 | Global | Accounting | Financial Analyst | Colombia | | | nathalia.quintero@ibanera.com | | | |
| Nicol Blanco | December 10 | Global | Accounting | Financial Analyst | Colombia | | | nicol.blanco@ibanera.com | | | |
| Omar Reyes | Aug 19 | Global | Business Development | Client relations specialist | Colombia | | | omar.reyes@ibanera.com | | | |
| Patrick Ovuche | October 15 | Africa | Business Development | Business Development | Lagos, Nigeria | | | patrick.ovuche@ibanera.com | | | |
| Pedro Cavaliari | July 2 | USA | Sales | Sales Representative | USA | | | pedro.cavaliari@ibanera.com | | | |
| Philip Louie | Jan 6 | Global | Accounting | Chief Financial Officer (CFO) | Vancouver | | p.louie@phoenixam.net | phillouie@ibanera.com | | | |
| Reena Bhalla Gyan Chand Sharma | Nov 19 | Global | | | India | | | reena.bhalla@ibanera.com | | | |
| Ricardo Ordonez | Nov 23 | Global | Compliance | Senior Compliance IT Specialist | Colombia | | | ricardo.ordonez@ibanera.com | | | |
| Richard Jones | May 14 | Global | Partner | Partner | Costa Rica | | richard@phoenixam.net | richard.jones@ibanera.com | | | |
| Rita Whaley | Jan 6 | Global | Communications | Director of Communications | United States | | | hank.rita.whaley@ibanera.com | | | |
| Rodrigo Alves | Sep 18 | Global | LATAM | LATAM Specialist | Brazil | | | rodrigo.ribeiro@ibanera.com | | | |
| Ronald Herrera | Sep 6 | Global | Accounting | Financial Analyst | Costa Rica | | r.herrera@phoenixam.net | ronald.herrera@ibanera.com | | | |
| Samuel Teitelbaum | July 18 | USA | Sales | Vegas Sales Manager | USA | | | samuel.teitelbaum@ibanera.com | | | |
| Sandy Blanco | Jan 6 | Global | Onboarding | Onboarding representative | Colombia | | | sandy.blanco@ibanera.com | | | |
| Santiago Pinto | Dec 4 | Global | Onboarding | Onboarding Specialist | Colombia | | | santiago.pinto@ibanera.com | | | |
| Sebastian Carrillo | Sep 21 | Global | Administration | Administrator | Colombia | | | sebastian.carrillo@ibanera.com | | | |
| Shawn Allen Musil | Oct 7 | Global | Compliance | Compliance Analyst - KYC/KYB - Transaction Monitoring | Ohio, USA | | s.musil@phoenixam.net | shawn.musil@ibanera.com | | | |
| Sonja Pahlitzsch | June 8 | Global | Compliance | Compliance Analyst - Transaction Monitoring | Germany | | | sonja.pahlitzsch@ibanera.com | | | |
| Stefanie Franklin | May 9 | Global | Business Development | Legal and Licensing Operations Associate | Colombia | | | stefanie.franklin@ibanera.com | | | |
| Teresa Anaya | | USA | Compliance | Compliance Lead - Advisor | Texas | | | teresa.anaya@ibanera.com | | | |
| Tuck Hong | Oct 10 | Singapore | Compliance | Compliance Analyst - Transactions Monitoring | Singapore | | | tuck.hong@ibanera.com | | | |
| Valentina Perdomo | April 10 | Global | Legal | Legal and Licensing Operations Associate | Colombia | | | valentina.perdomo@ibanera.com | | | |
| Valeria Hernandez | Feb 20 | Global | Accounting | Financial Analyst | Costa Rica | | | valeria.hernandez@ibanera.com | | | |
| Vanessa Diaz | Nov 3 | Global | Accounting | Accounting Team Leader | Costa Rica | | v.diaz@phoenixam.net | vanessa.diaz@ibanera.com | | | |
| Victoria Rios | | Global | Sales | Sales Representative | USA | | | | | | |
| William Gonzalez | Sep 11 | Global | Business Development | Client Relations Specialist | Colombia | | | william.gonzalez@ibanera.com | | | |
| Yasmin Juhaz | Oct 8 | Global | Onboarding | Onboarding representative | Brazil | | | yasmin.juhaz@ibanera.com | | | |
| Yeraldin Salcedo | Jan 16 | Global | Business Development | Digital Banking and Partnerships Adviser | Colombia | | | yeraldin.salcedo@ibanera.com | | | |
| Yorman Blanco | Aug 16 | LATAM | LATAM | Clients Relations Specialist | Colombia | | | yorman.blanco@ibanera.com | | | |
| Zara Sellick | Jan 23 | USA | Administration | Admin/Vendor Management Assistance | Texas | | | zara.sellick@ibanera.com | | | |