

██████████████@ibanera.com>

## ██ invoice #3
1 message

████████████████@ibanera.com>                                    Thu, Oct 3, 2024 at 10:45 AM
To: billing@ibanera.com

Good afternoon, here is my invoice for the pending payments of Sept 2024 and singapore expenses. Please wire funds to my ████████████ company with swift instructions found in the invoice as previously sent. I have been trying to reach Michael since my return sept 22, its important that we speak.

Regards,

██████████████
Client relations & Success Manager



 **N.3 INVOICE ████████████████-Ibanera.xlsx - FACTURA (1).pdf**
67K