


— 2 —





— 3 —





— 4 —









— 6 —





— 7 —






