





# Grant Fields

Redefining Private Investing

Gradam · Duke University

New York, New York, United States  · **Contact info**

**500+** connections

Connect    Message   (...)

## Activity

[+ Follow]

926 followers

**Grant Fields** commented on a post · 2mo

Excited to see what's to come! Enjoy Duke and stay in touch!

Show all →

## Experience



**Director**

Gradam · Full-time

Mar 2021 - Present · 5 yrs 1 mo

Miami, Florida, United States

Gradam LLC was founded with the purpose of offering a diverse array of consulting services - software development, auditing, and business development for clients seeking to develop ...



### Chief Technology Officer
Validity.id · Part-time
Mar 2023 - Oct 2025 · 2 yrs 8 mos



### Ibanera LLC
3 yrs 7 mos

### Chief Technology Officer
Full-time
Aug 2024 - Sep 2025 · 1 yr 2 mos

### Technical Lead
Full-time
Jul 2023 - Sep 2024 · 1 yr 3 mos

Ibanera is an all in one financial solution for banking, payments, web3 and more.

### Technology Consultant
Part-time
Mar 2022 - Jul 2023 · 1 yr 5 mos



### Chief Technology Officer
Ozura · Full-time
Nov 2021 - Jul 2023 · 1 yr 9 mos
Miami, Florida, United States

Ozura is a payments-focused ecosystem that leverages blockchain technology and traditional banking to offer a range of merchant payment & customer retention products.