



# Jondalar Diepeveen

Chief Executive Officer - Ibanera LLC

Ibanera

Miami, Florida, United States · **Contact info**

**56** connections

Connect    **Message**

## Activity

99 followers

**+ Follow**

Posts   **Images**

 **Jondalar Diepeveen** · 3rd+   ...
Chief Executive Officer - Ibanera LLC
4mo · 🌐

Meet me at our booth!
I'll be on-site at Money20/20 this week and would
... more

 **Jondalar Diepeveen** · 3rd+
Chief Executive Officer - Ibanera LLC
4mo · 🌐

Honored to step into the role of CEO at
**Ibanera**, Grateful to our board, partners, and the
incredible team for their trust.

Read more:
**https://lnkd.in/eGZXtUHV**



 23                    5 comments · 1 repost

👍 14                    1 repost

## Experience

 **Regional Director**
SecureTeller · Full-time

 **Ibanera**
5 yrs 3 mos

**Chief Executive Officer**
Oct 2025 - Present · 6 mos

**Head of Operations**
Jan 2023 - Present · 3 yrs 3 mos

**Sales Administrator**
Jan 2021 - Present · 5 yrs 3 mos