**pingpong**



# Japman Kharbanda  She/Her · 3rd

Financial Institution Partnerships Lead, North America| Building Cross-Border Payment Ecosystems | Bank & MSB Partnerships | Fintech Expansion | Regulatory Strategy

PingPong Payments

New York, New York, United States  ·  **Contact info**

**500+** connections

Connect      ⟋ Message      ⋯

## About

I lead financial institution partnerships for PingPong Payments across North America, building the bank and MSB ecosystem behind our cross-border payment rails. My focus is on structuring compliant, scalable flows that connect global businesses with efficient USD and CAD settlements.
I operate at the intersection of fintech, regulation, and growth — combining hands-on partnership execution with a deep understanding of FinCEN, RPAA, and state MTL requirements.
Always open to connecting with leaders in payments, banking, and fintech exploring next-generation cross-border infrastructure!

◈ **Top skills**                                                                                                   →
Strategic Partnerships (Fintech / Payments) • Cross-Border Payments & FX Strategy • Financial Institutions / MSB Relations

## Activity
1,275 followers

⊕ Follow

Posts      Comments      Images

---

 **Japman Kharbanda**  · 3rd+
Financial Institution Partnerships Lead, Nort...
5mo · 🌐

Excited to be heading to
Money20/20 with PingPong Payments ! Looking forward to engaging with banks, FIs, and fintechs shaping the rails and partnerships behind global payments. With 60+ licenses worldwide, we're on a mission to move money faster and more securely—always with compliance at the forefront. Our global coverage enables seamless payments across every major economy and time zone.
Planning to be in Vegas? Reach out directly or find me on the app to schedule a meeting.#PingPongPayments #Money2020USA #CrossBorderPayments

---

 **Japman Kharbanda** ✓ · 3rd+
Financial Institution Partnerships Lead, Nort...
9mo · 🌐

I'm happy to share that I'm starting a new position as FI Partnerships Lead, Americas at
PingPong Payments!

---

 **Japman Kharbanda** reposted this

 **Maria Mercado** 🔗 · 3rd+
Sr. Strategic Accounts Director @ VGS | Pro
1yr · 🌐

Super excited to announce this great partners
was a pleasure working with the Ibanera team
getting this partnership together. Looking for
Japman Kharbanda Michael Carbonara

 **Ibanera**
3,295 followers
1yr · 🌐

We are pleased to announce that Iba    ha
formed a strategic partnership with V     to
enhance the capabilities of our digital bankir
https://lnkd.in/dZHcRgjc

❯





136    49 comments    42    2 comments • 2

## Experience


**FI Partnerships, North America**
PingPong Payments
May 2025 - Present · 11 mos
New York, New York, United States

⬦ Banking Partnerships, AML/EDD/KYC and +11 skills


**Ibanera**
5 yrs

**Co-Chief Executive Officer**
Sep 2024 - Apr 2025 · 8 mos
New York, New York, United States

⬦ Banking Partnerships, AML/EDD/KYC and +10 skills

**Chief Strategy Officer**
Jan 2023 - Aug 2024 · 1 yr 8 mos
New York, New York, United States

⬦ Banking Partnerships, AML/EDD/KYC and +10 skills

**Head of Banking and Payments**
Jan 2022 - Dec 2022 · 1 yr

⬦ Banking Partnerships, AML/EDD/KYC and +11 skills

**Digital Banking Associate**
May 2020 - Dec 2021 · 1 yr 8 mos
New York, New York, United States

⬦ Banking Partnerships, AML/EDD/KYC and +5 skills


**Member Board of Directors**
BitLine
Jan 2024 - Apr 2025 · 1 yr 4 mos

⬦ AML/EDD/KYC, Treasury Partnerships and +3 skills

**Co-Founder**
Kure & Co.
Apr 2020 - Dec 2021 · 1 yr 9 mos

**AIESEC Canada**
2 yrs 3 mos

**Vice President**
Nov 2018 - Nov 2019 · 1 yr 1 mo
Greater Vancouver Metropolitan Area