





# Michael Carbonara · 3rd

Entrepreneur & family man running for Congress in FL-25 to keep the American Dream alive.

Gattaca Genomics

United States  ·  **Contact info**

Connect      ✈ Message      ⋯

## About

Michael Carbonara is a South Florida entrepreneur, husband, and father running for Congress in Florida's 25th District. Raised in a working-class, faith-centered household in New York, he built companies that create jobs and solve real problems—from payments and banking to genetics and fertility care. After moving to Florida in 2012, Carbonara and his wife Sonia—whose family fled Castro's Cuba—put down roots and are raising two daughters. Carbonara is running to restore affordability, defend constitutional freedoms, and put public safety first. He brings a builder's mindset: cut red tape, spur innovation, and make government accountable so families and small businesses can thrive.

## Activity

2,036 followers

+ Follow



**Michael Carbonara** in · 3rd+
Entrepreneur & family man running for ...
11mo · 🌐

Recently on crypto.news, I explored how stablecoins can serve as tools for fiscal accountability within the global financial system. As digital assets pegged to stable values, stablecoins offer an alternative to traditional currencies, potentially reducing reliance on centralized monetary policies and promoting transparency.

At Ibanera, our focus has always been on building infrastructure that enables responsible innovation. Integrating stablecoin solutions is a natural extension of that mission, giving institutions and enterprises the tools to operate in a financial system that's not only faster and more accessible, but also more accountable and resilient.

Take a deeper dive and read the full article below
https://lnkd.in/g5q3ytC6

**Michael Carbonara** reposted this

⬛ **Ibanera**
3,295 followers
11mo · 🌐

🔒 Why compliance isn't optional, it's foundational

In today's fast-moving financial landscape, ...
www.ibanera.com to learn more 👇



| | Ibanera \| Simplicity |
| --- | --- |
| | ibanera.com |

**Michael Carbonara** reposted this

⬛ **Ibanera**
3,295 followers
1yr · 🌐

The recent integration of cryptocurrency liquidity into casino operations signifies a pivotal advancement in the gaming sector. 🌐 ...
https://lnkd.in/duxxeVYM



Cryptocurrency arrives in Choctaw casinos after ...
readwrite.com

›

## Experience



**Chief Executive Officer**
Gattaca Genomics · Full-time
Apr 2023 - Sep 2025 · 2 yrs 6 mos
Miami-Fort Lauderdale Area · On-site

### Board Member

BitLine · Full-time

Mar 2021 - Sep 2025 · 4 yrs 7 mos

Miami-Fort Lauderdale Area

Bitline is a unique and patented payments platform focused on the casino sector with a mission to deliver, fast, secure, compliant and 24/7/365 access to liquidity inside the casino environment.



### Chief Executive Officer

Ibanera LLC · Full-time

Aug 2020 - Sep 2025 · 5 yrs 2 mos

Miami-Fort Lauderdale Area

Ibanera is a digital banking platform, specializing in banking, cross-border payments, currency conversion, merchant services and Web3 payments. Ibanera is a complete platform embedded with banking, payments, Web3 interoperability and compliance to lead the digital economy. Regulated in the United States, Canada, Europe and Singapore, Ibanera is positioned as a proven competitive fintech leader with a global footprint.