

# Lee Tuck Hong 李達雄 ✓

Regulatory Compliance & Risk Management | Payments & Fraud Prevention | Fintech | Blockchain & Web3 | Banking & Brokerage | Sustainability Advocate

Ibanera LLC · National University of Singapore

Singapore  · **Contact info**

**487** connections

Connect    ✈ Message    ⋯

## About

☑ Visionary C-Level Executive who aligns strategic priorities across all organizational levels, bridging the gap between top leadership and frontline teams to drive ambitious, measurable outcomes.

... more

## Activity

523 followers

+ Follow

 **Lee Tuck Hong 李達雄** reposted this    ⋯

 **Responsible Fintech Institute (RFI)**
306 followers
4mo • 🌐

As stablecoins increasingly move from the "periphery of the financial system to the core of institutional finance", the conversations around their impact ...
**Responsible Fintech Institute (RFI)** was proud to have our Chairman, **Chia Hock Lai** , moderate a high-level panel on this exact topic: "Impact of Stablecoins: Managing Compliance and Financial Stability Risks".

The session convened leaders from across the ecosystem to explore the hard questions. We extend our thanks to the distinguished panelists for their invaluable insights:
👉 **David Katz**, Vice President, Strategy and Policy (Asia Pacific), **Circle**
👉 **Chloé Mayenobe**, President & Chief Operating Officer, **Thunes**
👉 **Kirit Bhatia**, Chief Digital Assets Officer, **Banking Circle**
👉 Sasha Mills, Executive Director, Financial Market Infrastructure, **Bank of England**

The discussion moved beyond hypotheticals to address the core challenges of integration, focusing on:
👉 The strategies for managing compliance and interoperability risks.

**Lee Tuck Hong 李達雄** reposted this    ⋯

 **Chia Hock Lai** ✓ • 3rd+
Fintech & Digital Assets Ecosystem Builder | ...
5mo • Edited • 🌐

It's incredible to think how far we've come.

Looking back at the energy at the Digital Assets ...
**Digital Assets Association (DAA)** in January 2024. Back then, the conversation around institutional digital assets and tokenisation was often neglected, confined to the fringes of mainstream finance. We knew there was immense potential, but the ecosystem needed a catalyst for collaboration and responsible innovation.

That's why we started the DAA. Our goal was to build a bridge, and last week, we saw that bridge bustling with traffic.

The response to our inaugural summit was nothing short of overwhelming. We had over 2,300 registrations for a limited-capacity event at CHIJMES Hall, a clear sign of the surging demand for knowledge in this space. In the end, we hosted over 300 professionals from 179 companies across 21 countries. What was most telling was the seniority of the attendees; approximately 69% were directors, senior management, and industry leaders. The decision-makers are no longer just watching from the sidelines—they are actively participating.

**Lee Tuck Hong 李達雄** reposted this    ⋯

 **Digital Assets Association (DAA)**
2,353 followers
7mo • 🌐

**NTU-CCTF** Joins Digital Assets Summit as Knowledge Partner!

We're thrilled to announce the NTU Centre in Computational Technologies for Finance (NTU-CCT as our esteemed Knowledge Partner for the upcoming Digital Assets Summit!

NTU-CCTF is an inter-collegiate and pan-university initiative at Nanyang Technological University, with mission to drive excellence in financial technology through a focus on education, research, and community development. Their deep expertise in areas such as blockchain, cryptography, and digital technology makes them an invaluable contributor t the intellectual foundation of our summit.

As our Knowledge Partner, NTU-CCTF will be instrumental in enriching our discussions with cutting-edge academic insights and data-driven analysis. Their commitment to shaping the future o digital finance perfectly complements our mission t bridge the gap between traditional finance and the world of tokenized assets.

Join us at the Digital Assets Summit as we explore the evolving world of digital finance and the

## Experience



**Transaction Monitoring Analyst**
Ibanera LLC · Full-time
Jul 2024 - Feb 2025 · 8 mos
Singapore · On-site

• Regularly monitor and manage transactions alert queues, ensuring all outstanding alerts are reported to management by end of day.
• Investigate transaction monitoring alerts by assessing potential suspicious activity, following standard procedures, and evaluating transaction context, client profiles, and geographic relevance. Escalate cases as needed.
• Maintain accurate records of investigations, including decision rationale, and analyze customer profiles from alerts.
• Provide guidance to business units on identifying risks from transaction monitoring trends.
• Support additional departmental duties as required to achieve goals.

▽ **Compliance Monitoring, Risk Assessment and Mitigation and +11 skills**



**Compliance Analyst**
LEGATUS GLOBAL LTD · Contract
Jan 2024 - Jun 2024 · 6 mos
Singapore · Remote

• Implemented Artemis compliance software, reducing false positives by 50% and improving operational efficiency.
• Conducted daily compliance checks using Artemis, ensuring 100% adherence to OFAC, EU, and UN sanctions lists.
• Trained and onboard team members on Artemis functionalities, enhancing team productivity and compliance accuracy.
• Monitored and analyzed changes in global regulations, including AML (Anti-Money Laundering), KYC (Know Your Customer), and sanctions, to ensure organizational compliance.