

**Angie Brian**

Ibanera LLC

Administrative Assistant at Ibanera LLC

Destrehan, Louisiana, United States · Contact info

Connect    Message    More

## Activity

+ Follow

0 followers

**Angie has no recent posts**

Recent posts Angie shares will be displayed here.

Show all →

## Experience

**Administrative Assistant**

Ibanera LLC · Full-time