





# Gabriela Coelho

Especialista de Recrutamento e Seleção | R&S de alto volume | Especialista em implantação de processos para R&S | Talent Acquisition | Talent Hunter | Sourcing & Selection

Grupo Hub

São Paulo, São Paulo, Brazil · **Contact info**

**500+** connections

Connect  Message

## About

Profissional com experiência nas áreas Administrativa e Recursos Humanos, focada em reconhecer e valorizar o potencial humano. Forte atuação na gestão de pessoas e estruturação de processos.

… more

 **Top skills**

Comunicação • Trabalho em equipe • Resolução de problemas • Capacidade de organização

## Services

HR Consulting

Request services

---

Show all →

## Activity

1,545 followers

+ Follow

Posts   Comments   Images

---

 **Gabriela Coelho** reposted this   ···

 **ME RECOLOCA**
53 followers
1w · 🌐

🌟 Nasce hoje a página da Me Recoloca aqui no Linkedin!
...
#Carreira #Talentos #Performance #Recrutamento #Empregabilidade #MeRecoloca #Emprego #vagas

**Show translation**

**ME RECOLOCA | LinkedIn**
linkedin.com

---

 **Gabriela Coelho** reposted this

   I. ...   Headhunter | ...

**View my services**
4d · 🌐

Olá, pessoal! Tudo bem?

Estou apoiando a **Paula Brussi** na busca por um(a) Gerente de TI para atuar no Rio de Janeiro.

Buscamos um(a) profissional com experiência prévia no setor de varejo (moda, farmacêutico, bens de consumo e afins) , que tenha atuado com gestão de sistemas e ambientes de TI corporativos.

Caso tenham interesse, no link abaixo vocês encontram a descrição completa da posição e podem realizar a candidatura diretamente por lá.

Fiquem à vontade também para indicar profissionais que possam ter aderência à oportunidade. Obrigado

**Show translation**

 **Gerente de TI - Sistemas e ...**
portal.hubblehr.com....

---

## Experience

 **Consultora de Recrutamento & Seleção | Talent Hunter**
Grupo Hub · Self-employed
Dec 2025 - Present · 4 mos
São Paulo, São Paulo, Brazil · Remote

Atuação estratégica em recrutamento e seleção, conduzindo processos end-to-end em ambientes de alto volume e alta performance, com foco em resultados e perfil compo... more

◈ **Headhunting, Recrutamento e Seleção and +22 skills**

### Analista de RH
Ibanera LLC · Full-time
Sep 2024 - Nov 2025 · 1 yr 3 mos
Remote

- Empresa global com comunicação corporativa em inglês;
- Gestão completa de desligamento, contratação e movimentações internas de posições;
- Desenvolvimento e padronização de processos de RH, garantindo eficiência operacional;
- Manutenção de planilhas e bases de dados, com elaboração de gráficos e relatórios estratégicos;
- Elaboração e atualização do organograma da empresa;
- Gestão de contratos em parceria com o Jurídico, incluindo revisão e conformidade;
- Administração da estrutura de cargos e salários, alinhada ao time de contabilidade;
- Recrutamento e seleção: triagem, organização de entrevistas e controle de pipeline;
- Atuação em Segurança da Informação com checagem de antecedentes de usuários sensíveis;
- Gestão de agendas globais (EUA, América Latina, Europa, África e Ásia);
- Coordenação do calendário de eventos corporativos e logística associada;

Principais Projetos:
- Estruturação dos processos de Recursos Humanos.
- Otimização dos processos de onboarding, offboarding e movimentações internas.
- Bases de dados precisas e relatórios estratégicos para suporte à tomada de decisão.
- Organograma atualizado e alinhado à estrutura da empresa.
- Estrutura de cargos e salários alinhada à folha de pagamento.
- Recrutamento e seleção mais ágeis e organizados.

Principais Resultados:
- Maior precisão e consistência nos processos de contratação/integração, mudanças de cargo e desligamento dos funcionários.
- Aumento da eficiência do RH por meio de comunicação clara e oportuna.
- Garantia de atualizações sistêmicas e permissões corretas para operações sem falhas.
- Fortalecimento do compliance com documentação organizada e processos adequados.

◈ **Microsoft Word, Gestão and +21 skills**

### Analista de RH
ENDEAVOR SOLUÇÕES AMBIENTAIS · Full-time
Jan 2023 - Oct 2024 · 1 yr 10 mos
São Paulo, Brazil · On-site

- Gestão de benefícios dos colaboradores;
- Gerenciamento dos contratos PJ;... more