**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
DAVID PARR,
et al.,

Defendants.

_____/

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

PLEASE TAKE NOTICE that Scott J. Topolski, local counsel for Defendants, IBANERA

LLC, MICHAEL CARBONARA and DAVID PARR, hereby notifies the Court and all parties of

a change in his contact information.

Effective March 23, 2026, counsel's new contact information is as follows:

Scott J. Topolski
GRAYROBINSON, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3803
Email: Scott.Topolski@gray-robinson.com

This notice is filed pursuant to Local Rule 11.1(g). All future pleadings, notices, and

correspondence should be directed at the above address.

#66585195 v1

Dated: March 24, 2026     Respectfully submitted,

          **GRAYROBINSON, P.A.**
          *Attorneys for Defendants, Ibanera LLC, Michael*
          *Carbonara and David Par*
          2255 Glades Road, Suite 301E
          Boca Raton, FL  33431
          Telephone:  561.368.3803
          Fax:  561.368.4008

          By: */s/ Scott J. Topolski*
            Scott J. Topolski, Esq.
            Florida Bar No. 0006394
            Primary Email Address:
            Scott.Topolski@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

         */s/ Scott J. Topolski*_____
        Attorney

#66585195 v1