## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,                          **CASE NO. 1:25-cv-24118-LEIBOWITZ**
DAVID PARR,
et al.

Defendants.

_____/

### DECLARATION OF ANGIE BRIAN IN SUPPORT OF IBANERA LLC'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Angie Brian hereby deposes and says:

1.      I am over the age of 18, of sound mind, and make this declaration based on personal knowledge and my review of Ibanera's business records in this matter.

2.      During 2023-2024 I was, and am today, a contractor to Ibanera LLC ("Ibanera") responsible for managing certain human resources issues.

3.      Ibanera is an international company that began operations in Europe before the COVID-19 pandemic and moved to the United States several years ago during the pandemic.

4.      Most of Ibanera's personnel are still located outside the United States and are not U.S. citizens or employees.

5.      Ibanera relies primarily on independent contractors to provide technology support and develop its software, and Ibanera contracts with independent salespeople around the world who are paid on commission. None of these independent contractors is an Ibanera employee.

1

6. On information and belief, no individuals that Ibanera LLC pays as independent contractors were improperly classified under IRS regulations.

7. During 2023-2024, the only person who was classified and paid as an Ibanera employee was Japman Kharabanda.

8. I have reviewed Exhibit 1 to the Plaintiff's Material Statement of Facts. This is an untitled list of Ibanera.com email addresses and does not represent an "Ibanera LLC Staff Directory" as claimed by the Plaintiff. Inclusion on this list does not imply that the person listed is a staff member, employee or officer of Ibanera LLC. In fact virtually none of the people listed are employees.

9. More specifically, Ibanera owns the web domain Ibanera.com and operates an email server on that domain to serve its own business purposes. Ibanera frequently provides Ibanera.com email accounts for people who are not employees of Ibanera LLC. Categories of persons listed on Exhibit 1 who are not part of Ibanera LLC but were provided with an Ibanera email account include, for example:

- Salespeople who independently contract with Ibanera, determine their own schedules and strategies without supervision or control by Ibanera, and are paid commissions if they sell Ibanera services.

- Salespeople who are part of an outside Independent Sales Organization (ISO) that has an agreement with Ibanera to sell Ibanera services and receives commissions based on those sales; these ISOs do not have common ownership or management with Ibanera, and supervise, direct and pay their own employees and contractors. Ibanera has no financial or management relationship with the ISO's sales force.

2

- Officers of Ibanera, and beneficiaries of Ibanera's parent entities, who are not on the company's payroll and do not receive any salary or other payments from Ibanera.

- Personnel of other companies that do business with Ibanera, although these personnel are not employed by or related to Ibanera.

- Consultants, Advisors, and professional analysts who perform part-time services for Ibanera on a flexible schedule as independent contractors and may engage in similar work for other companies.

10.     In reviewing the list provided in Exhibit 1, out of approximately 98 persons listed, most of them (approximately 71) are specifically identified as being based in other countries, including locations in South and Central America, Mexico, Canada, Asia and Africa. These individuals were and (to the extent still engaged) are, either directly or indirectly, contractors to Ibanera. They are in no way U.S. employees nor are they on Ibanera's U.S. payroll.

11.     I identified 27 persons in Exhibit 1 listed as based in the United States. Japman Kharabanda appears on the list and was an employee of Ibanera LLC. The other 26 were not employees, as explained herein.

12.     Of the other 26 U.S. listings. eight (Alex Jesus Mesa, who is listed twice as Alex Mesa and Jesus Mesa, Belkys Garcia, James Cecil, Jay Torres, Jorge Fraga, Pedro Cavallari, and Samuel Teitelbaum) were at all relevant times individual employees or contractors to an external Independent Sales Organization (ISO) that contracted with Ibanera to sell Ibanera services. Ibanera did not supervise or make any payments to these persons, they were managed and paid by the ISO they worked for. The ISOs were separate companies that had no common ownership or management with Ibanera.

3

13. Another six of the listed persons (Glenn Murphy, Teresa Anaya, Belinda Rivera, Grant Fields, Joe Carbonara, and Namitha Chandrashekrappa Kavi), are the representatives of companies that acted as independent contractors to Ibanera, providing in each case occasional tech support services or compliance advice. Ibanera did not supervise or control the specific work of these contractor companies, or make any payments to individuals, and these contractors were each part of a separate company that had no common ownership or management with Ibanera.

14. Two of the listed persons (James Babb and Victoria Rios) were independent contractors to Ibanera, having agreed to sell its services on a commission basis. Their sales activities were not directed or controlled by Ibanera.

15. Two of the listed persons (Ana Gamez and Frances Tort) performed occasional real estate management services in Texas and Michigan as independent contractors.

16. Another two of the listed persons (Jennifer Tregre and Shawn Musil) provided occasional part time services as independent contractors to support onboarding of new Ibanera clients.

17. Two persons on the list are incorrectly listed as U.S. residents. Beatriz Helena Herrera is a Colombia citizen who has performed some services for Ibanera SaS, a company registered in Colombia, as an independent contractor. Zara Sellick was a part time intern who is a Mexican national and lives in Thailand. She was also not a U.S. employee of Ibanera.

18. Rita Whaley is a corporate communications consultant who Ibanera contracts with to provide professional advice on press releases and other communications, as needed. These services are obtained as needed on an occasional and irregular basis and she is not paid or managed as an employee.

19. I, Angie Brian, provide contract human resources services to Ibanera.

4

20.     Jondalar Diepeveen provided contract services to Ibanera as a part time engineer and fractional COO during the relevant time period.

21.     At all relevant times, Ibanera was a wholly owned subsidiary of Odessa Partners LLC, a Delaware limited liability company. David Parr and Michael Carbonara are the financial beneficiaries of the majority owner of Odessa Partners LLC.

22.     Ibanera LLC's parent entities do not have any employees. Ibanera has no subsidiaries that have employees.

23.     Neither David Parr nor Michael Carbonara have ever been an employee of Ibanera or its parent companies. Michael Carbonara is identified in Exhibit 1 as owner and director; however, that is not accurate. He is not on the payroll of Ibanera and does not receive compensation from Ibanera.

24.     Bjorn Snorrason appears on the list as "owner", but he was an owner of Ibanera Pvt. in Singapore. He was given an Ibanera LLC email but he has never been an employee or owner of Ibanera LLC.

25.     Daniel Baron was, at the time of Plaintiff's trip to Singapore, an independent contractor to Ibanera based in Dubai, and has never been an employee of Ibanera LLC.

26.     The Plaintiff in this case, identified as Jane Doe, has also never been an employee of Ibanera. Ibanera contracted with a Costa Rica company formed by Plaintiff to obtain sales consulting and support services, and the Plaintiff's consulting services were provided to Ibanera by that company. Ibanera did not perform any of the steps required under U.S. law to onboard Plaintiff as an employee, such as completing Form I-9, getting Plaintiff's name and Social Security number, verifying the Social Security number, and obtaining form W-4 from Plaintiff. Further,

Ibanera has never issued Plaintiff any pay, paychecks or paystubs. Ibanera has never withheld or paid any taxes relating to Plaintiff, nor has Ibanera prepared and issued form W-2 to Plaintiff.

27.    I declare under penalty of perjury according to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge, information, and belief.


Date  24-Mar-2026          _Angie Brian_____
                           Angie Brian (Mar 24, 2026 19:04:36 CDT)

                    Angie Brian