UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,          **CASE NO. 1:25-cv-24118-LEIBOWITZ**
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.

_____/

**JOINT MOTION OF PLAINTIFF AND DEFENDANTS IBANERA LLC, DAVID
PARR, AND MICHAEL CARBONARA FOR
ADJUSTED RESPONSE DATE AND
ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND
PROTECTIVE ORDER**

Plaintiff, and Defendants Ibanera LLC ("Ibanera"), David Parr ("Parr"), and

Michael Carbonara ("Carbonara") (collectively, the "Ibanera Defendants"), having reached

agreement on the matters herein, jointly request that the Court:

(1) Confirm the agreement between the movants that Ibanera LLC will respond to

Plaintiff's discovery requests served March 26, 2026, pursuant to the Court's

Order Allowing Limited Discovery (CM/ECF Docket No. 76), within 21 days,

that is, on or before April 16, 2026; and

1

(2) Enter an Order requiring that the parties thereto comply with the STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER attached hereto as Exhibit A.

Plaintiff has requested that Defendant Ibanera LLC provide its discovery responses in less than the customary 30-day period, to enable Plaintiff to meet the response schedule set forth in the Court's Order Allowing Limited Discovery, and Defendant has therefore agreed to respond in 21 days.

In addition, based on an initial review of Plaintiff's discovery requests, the Parties anticipate that these initial discovery responses will necessarily include confidential personal and financial information of third parties and may also implicate confidential business information of Ibanera LLC. Therefore, to maintain appropriate confidentiality of this and future information exchanged in discovery, the Parties have mutually agreed to be bound by the terms of the "Stipulated Confidentiality Agreement and Order" in Exhibit A.

The Parties therefore request that the court approve the foregoing joint requests and enter an appropriate Order.

Respectfully submitted,

**Defendants Ibanera LLC, David Parr, and Michael Carbonara**

By Counsel:

/s/ Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
COLE SCHOTZ P.C.
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
T: (561) 609-3856
F: (561) 423-0392
Email: stopolski@coleschotz.com


/s/ Evan R. Smith
Evan R. Smith, Esq.
*Admitted Pro Hac Vice*
Cogent Law Group, LLP
2001 L St. NW, Suite 500
Washington, D.C. 20036
Phone: (202) 644-8880
Fax: (202) 644-8880
Email: esmith@cogentlaw.com

**Plaintiff Jane Doe**

By Counsel:

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com