**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE,
Plaintiff,

v.

IBANERA LLC,
MICHAEL CARBONARA,
BJORN SNORRASON,
DAVID PARR,
MARRIOTT INTERNATIONAL, INC.,          **CASE NO. 1:25-cv-24118-LEIBOWITZ**
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, LLC,
and
STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

Defendants.

_____/

**ORDER CONFIRMING ADJUSTED RESPONSE DATE
AND GRANTING JOINT MOTION FOR ENTRY OF A STIPULATED
CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion for Adjusted Response Date and Entry of Stipulated Confidentiality Agreement and Protective Order Governing Confidential Materials. The Court has reviewed the proposed stipulated protective order and the record in this case.

Pursuant to Federal Rule of Civil Procedure 26(c), and finding good cause shown, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED.

1

It is further ORDERED AND ADJUDGED that the Parties' Stipulated Confidentiality Agreement and Protective Order is APPROVED AND ADOPTED and shall govern the designation and use of confidential discovery materials in this action between Plaintiff and Defendants Ibanera LLC, David Parr, and Michael Carbonara.

It is further ORDERED AND ADJUDGED that:

1. Ibanera LLC shall submit a response to discovery propounded by Plaintiff on March 26, 2026 on or before April 16, 2026.

2. The Stipulated Confidentiality Agreement and Protective Order is binding on the parties and persons subject to its terms.

3. Any party seeking to file materials under seal must comply with applicable governing law, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida.

4. The confidentiality designation of a document does not, by itself, determine whether the document may be filed under seal.

5. The parties shall use confidentiality designations narrowly and in good faith.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2026.

_____

HON. DAVID LIEBOWITZ

UNITED STATES DISTRICT JUDGE