**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

       Plaintiff,

v.

IBANERA LLC, *et al.*,

       Defendants.
_____/

## AFFIDAVIT OF ADMINISTRATIVE EXHAUSTION

Before me personally appeared ▮▮▮▮▮▮▮▮▮▮▮▮ ("Affiant"), who, after being first duly sworn says:

1.      I am the Plaintiff in this matter.

2.      I am over eighteen (18) years of age and am otherwise competent to make this affidavit.

3.      I am familiar with the nature of an oath and the penalties or punishment associated with knowingly making a false certification or declaration.

4.      I make this affidavit based upon the best of my knowledge, information, or belief.

5.      I caused a written, signed, and verified Charge of Discrimination ("the Charge") to be filed on December 5, 2024 before the U.S. Equal Employment Opportunity Commission (the "EEOC") and the Florida Commission on Human Relations.

6.      The Charge was filed against Ibanera LLC based on allegations that Ibanera LLC violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and the Florida Civil Rights Acts of 1992, as amended ("FCRA").

7.	On my Charge in the EEOC Form 5, I checked off the following boxes: "Sex," "Retaliation," and "Other: Sexual Harassment, Hostile Work Environment" for the bases of the alleged discrimination.

8.	The Charge is identified by EEOC Charge No. 510-2025-02389.

9.	On June 10, 2025, after more than 180 days had elapsed since the filing of the Charge, I requested the issuance of a Notice of Right to Sue from the EEOC.

10.	The Charge pended continuously before the EEOC from approximately December 5, 2024 to approximately June 11, 2025.

11.	On June 11, 2025, the EEOC issued a Notice of Right to Sue to me in connection with the Charge.

12.	I timely filed the instant lawsuit within 90 days of the issuance of the Notice of Right to Sue.

13.	I exhausted all administrative remedies prior to filing the instant action for Ibanera LLC's violations of Title VII and FCRA.

14.	I understand that this statement is given under oath and if any statements are untrue that I may be prosecuted for perjury.

Affiant

2

STATE OF FLORIDA
COUNTY OF __Miami-Dade_____


SWORN AND SUBSCRIBED before me, the undersigned authority, by means of [__] physical

presence or [x] online notarization, this ___7th___ day of April, 2026, by ████████████,

who produced ____Canadian Passport_____ as identification.

Notarized online using audio-video communication

Erik L Gomez
Electronic Notary Public
State of Florida
Commission #: HH711876
Commission Expires: 08/21/2029

_Erik L Gomez_
Notary Public – State of Florida

3