# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-CV-24118-LEIBOWITZ/AUGUSTIN-BIRCH

JANE DOE,

      Plaintiff,

v.

IBANERA LLC, *et al.*,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR ADJUSTED RESPONSE DATE AND ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

This cause comes before the Court upon Plaintiff Jane Doe and Defendants Ibanera LLC, David Parr, and Michael Carbonara's Joint Motion for Adjusted Response Date and Entry of Stipulated Confidentiality Agreement and Protective Order.  DE 77.  The Court has carefully reviewed the Joint Motion, the Stipulated Confidentiality Agreement and Protective Order [DE 77-1], and the record and is fully advised in the premises.  It is hereby **ORDERED AND ADJUDGED** that the Joint Motion [DE 77] is **GRANTED**.  Defendant Ibanera LLC must respond to the discovery requests Plaintiff propounded on March 26, 2026, by April 16, 2026.  This Order does not alter any deadlines within the Order Allowing Limited Discovery at docket entry 76.  The Court approves the Stipulated Confidentiality Agreement and Protective Order between Plaintiff and Defendants Ibanera LLC, David Parr, and Michael Carbonara [DE 77-1].  **The Stipulation governs Plaintiff and Defendants Ibanera LLC, David Parr, and Michael Carbonara only. No other parties have joined in the Stipulation.**

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st day of April, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE