IBANERA LLC ORG CHART

| WYOMING PARTNERS IRREVOCABLE STATUTORY TRUST |
| :---: |
| (Wyoming) |
| 99% Shareholder |

| ODESSA PARTNERS LLC |
| :---: |
| (Delaware) |
| 100% Shareholder |

| IBANERA LLC |
| :---: |
| (Nevada) |

IBANERA 000929