PHOENIX CONNECT LLC ORG CHART

| WYOMING PARTNERS IRREVOCABLE STATUTORY TRUST |
| --- |
| (Wyoming) |
| 99% Shareholder |

| ODESSA PARTNERS LLC |
| --- |
| (Delaware) |
| 100% Shareholder |

| PHOENIX CONNECT LLC |
| --- |
| (Nevada) |

IBANERA 000957