7171 ☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▓▓▓▓▓▓▓ | **1** Nonemployee compensation<br>$          12074.01 | **Copy A**<br>**For Internal Revenue Service Center** |
|---|---|---|---|
| RECIPIENT'S name<br>Ana Gamez | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **File with Form 1096.** |
| | | **3** | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns**. |
| Street address (including apt. no.)<br>▓▓▓▓▓▓▓ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓ | | **5** State tax withheld<br>$ | **6** State/Payer's state no.<br>TX | **7** State income<br>$    12074.01 |
| Account number (see instructions) | 2nd TIN not. ☐ | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)        Cat. No. 72590N        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000013

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI FL 33130        8559346636

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2024)

For calendar year
2024

**Nonemployee Compensation**

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>[redacted] | **1** Nonemployee compensation<br>$        12074.01 | **Copy 1** |
|---|---|---|---|

RECIPIENT'S name
Ana Gamez

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**For State Tax Department**

**3**

Street address (including apt. no.)
[redacted]

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code
[redacted]

| **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>TX | **7** State income<br>$  12074.01<br>$ |
|---|---|---|

Account number (see instructions)

Form **1099-NEC** (Rev. 1-2024)        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

IBANERA 000014

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>█████████ | **1** Nonemployee compensation<br>$          12074.01 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| RECIPIENT'S name<br>Ana Gamez | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>████████████████ | | **3**<br><br>**4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>██████████ | | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>TX | **7** State income<br>$  12074.01<br>$ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000015

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>__2024__ | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$          12074.01 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name<br>Ana Gamez | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | To be filed with recipient's state income tax return, when required. |
| | | **3** | |
| Street address (including apt. no.) | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code | | **5** State tax withheld   **6** State/Payer's state no.   **7** State income | |
| Account number (see instructions) | | $            TX            $  12074.01<br>$                         $ | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000016

7171   ☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▉▉▉▉▉ | **1** Nonemployee compensation<br>$        52900.00 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
| RECIPIENT'S name<br>ANGIE BRIAN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ▸ ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns**. |
| | | **3** | |
| Street address (including apt. no.)<br>▉▉▉▉▉ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▉▉▉▉▉ | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>LA | **7** State income<br>$        52900.00<br>$ |
| Account number (see instructions) | 2nd TIN not.<br>☐ | | | |

Form **1099-NEC** (Rev. 1-2024)        Cat. No. 72590N        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000017

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | | Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>█████████ | **1** Nonemployee compensation<br>$        52900.00 | **Copy 1** |
|---|---|---|---|
| RECIPIENT'S name<br>ANGIE BRIAN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **For State Tax Department** |
| | | **3** | |
| Street address (including apt. no.)<br>█████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>█████████ | | | |
| | | **5** State tax withheld ┊ **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $ ┊ LA<br>- - - - - - - - - - - - - - - - - - - - - -<br>$ ┊ | $  52900.00<br>- - - - - - - - - -<br>$ |

Form **1099-NEC** (Rev. 1-2024)                www.irs.gov/Form1099NEC                Department of the Treasury - Internal Revenue Service

IBANERA 000018

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▮▮▮▮▮ | **1** Nonemployee compensation<br>$          52900.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|

| RECIPIENT'S name<br>ANGIE BRIAN | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| Street address (including apt. no.)<br>▮▮▮▮▮ | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮▮ | **4 Federal income tax withheld**<br>$ | |

| Account number (see instructions) | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>LA | **7** State income<br>$     52900.00<br>$ |
|---|---|---|---|

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000019

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>_2024_ | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>███████ | **1** Nonemployee compensation<br>$        52900.00 | **Copy 2** |
| RECIPIENT'S name<br>ANGIE BRIAN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **To be filed with recipient's state income tax return, when required.** |
| Street address (including apt. no.)<br>███████ | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>███████ | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>LA | **7** State income<br>$   52900.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000020

7171    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI FL 33130          8559346636

Form **1099-NEC**

(Rev. January 2024)

For calendar year
__2024__

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2607893 | ▮▮▮▮▮▮▮▮ |

**1** Nonemployee compensation
$          10500.00

**Copy A**

**For Internal Revenue Service Center**

**File with Form 1096.**

RECIPIENT'S name
Jesus Mesa

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale   ☐

**3**

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns**.

Street address (including apt. no.)
▮▮▮▮▮▮▮▮

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code
▮▮▮▮▮▮▮▮

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | NV | $   10500.00 |

Account number (see instructions)          2nd TIN not. ☐

$          |          | $

Form **1099-NEC** (Rev. 1-2024)     Cat. No. 72590N     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000021

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>█████████ | **1** Nonemployee compensation<br>$          10500.00 | **Copy 1** |
|---|---|---|---|
| RECIPIENT'S name<br>Jesus Mesa | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For State Tax Department** |
| | | **3** | |
| Street address (including apt. no.)<br>██████████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>█████████████ | | **5** State tax withheld     **6** State/Payer's state no.<br>$                            NV<br>$ | **7** State income<br>$  10500.00<br>$ |
| Account number (see instructions) | | | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000022

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>20__24__ | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>█████████ | **1** Nonemployee compensation<br>$        10500.00 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name<br>Jesus Mesa | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **3** | |
| Street address (including apt. no.)<br>█████████████ | | **4 Federal income tax withheld**<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>█████████ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $<br>$ | NV | $  10500.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)        (keep for your records)        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

IBANERA 000023

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>__2024__ | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>███████ | **1** Nonemployee compensation<br>$        10500.00 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name<br>Jesus Mesa | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | To be filed with recipient's state income tax return, when required. |
| | | **3** | |
| Street address (including apt. no.)<br>███████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>███████ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $ | NV | $   10500.00 |
| | | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000024

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>_2024_ | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>███████ | **1** Nonemployee compensation<br>$       150015.00 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
| RECIPIENT'S name<br>JONDALAR XERXES DIEPEVEEN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns**. |
| | | **3** | |
| Street address (including apt. no.)<br>███████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>██████████ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | 2nd TIN not.<br>☐ | $<br>$ | FL | $ 150015.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)      Cat. No. 72590N      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000025

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>__2024__ | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation | Copy 1 |
|---|---|---|---|
| 35-2607893 | ███████ | $        150015.00 | **For State Tax Department** |

| RECIPIENT'S name | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
|---|---|---|
| JONDALAR XERXES DIEPEVEEN | **3** | |
| Street address (including apt. no.)<br>█████████ | **4** Federal income tax withheld<br>$ | |

| City or town, state or province, country, and ZIP or foreign postal code | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|---|
| ██████████ | $ | FL | $ 150015.00 |
| Account number (see instructions) | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000026

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████ | **1** Nonemployee compensation<br>$      150015.00 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name<br>JONDALAR XERXES DIEPEVEEN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>██████████ | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>██████████ | | **4 Federal income tax withheld**<br>$ | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$ 150015.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)        (keep for your records)        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

IBANERA 000027

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI  FL 33130          8559346636 | | OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2024)

For calendar year
2024 | **Nonemployee Compensation** |
|---|---|---|---|

| PAYER'S TIN
35-2607893 | RECIPIENT'S TIN
█████████ | **1** Nonemployee compensation
$      150015.00 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name
JONDALAR XERXES DIEPEVEEN | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **To be filed with recipient's state income tax return, when required.** |
| | | **3** | |
| Street address (including apt. no.)
██████████ | | **4** Federal income tax withheld
$ | |
| City or town, state or province, country, and ZIP or foreign postal code
██████████ | | **5** State tax withheld
$
$ | **6** State/Payer's state no.
FL | **7** State income
$ 150015.00
$ |
| Account number (see instructions) | | | | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000028

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$        40853.98 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
|---|---|---|---|
| RECIPIENT'S name<br>Belkys Garcia | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | | **3** | |
| Street address (including apt. no.) | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code | | **5** State tax withheld $ | **6** State/Payer's state no.   FL | **7** State income<br>$     40853.98 |
| Account number (see instructions) | 2nd TIN not. ☐ | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)      Cat. No. 72590N      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000029

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████████ | **1** Nonemployee compensation<br>$          40853.98 | **Copy 1** |
| RECIPIENT'S name<br>Belkys Garcia | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For State Tax Department** |
| | | **3** | |
| Street address (including apt. no.)<br>██████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>██████████ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $<br>- - - - - - - - -<br>$ | FL<br>- - - - - - - - - | $  40853.98<br>- - - - - - - -<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000030

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████████ | **1** Nonemployee compensation<br>$          40853.98 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name<br>Belkys Garcia<br><br><br>Street address (including apt. no.)<br>██████████<br>City or town, state or province, country, and ZIP or foreign postal code<br>██████████ | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐<br><br>**3**<br><br>**4 Federal income tax withheld**<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$    40853.98<br>$ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000031

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>███████ | **1** Nonemployee compensation<br>$          40853.98 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name<br>Belkys Garcia | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **To be filed with recipient's state income tax return, when required.** |
| | | **3** | |
| Street address (including apt. no.)<br>███████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>███████ | | **5** State tax withheld          **6** State/Payer's state no.<br>$                FL<br>$ | **7** State income<br>$    40853.98<br>$ |
| Account number (see instructions) | | | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000032

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | |
|---|---|---|---|

**Phoenix Connect LLC**

78 SW 7TH ST #7-118
MIAMI FL 33130          8559346636

Form **1099-NEC**

(Rev. January 2024)

For calendar year
20__24__

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2607893 | [redacted] |

**1** Nonemployee compensation
$          18888.16

**Copy A**

**For Internal Revenue Service Center**

**File with Form 1096.**

RECIPIENT'S name
**Frances C Tort Rodriguez**

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

Street address (including apt. no.)
[redacted]

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code
[redacted]

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | TX | $          18888.16 |
| $ | | $ |

Account number (see instructions)

2nd TIN not. ☐

Form **1099-NEC** (Rev. 1-2024)          Cat. No. 72590N          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000033

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation | **Copy 1** |
|---|---|---|---|
| 35-2607893 | ▇▇▇▇▇▇ | $         18888.16 | **For State Tax Department** |

| RECIPIENT'S name | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
|---|---|---|
| Frances C Tort Rodriguez | **3** ▇▇▇▇▇▇ | |
| Street address (including apt. no.)<br>▇▇▇▇▇▇ | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▇▇▇▇▇▇ | **5** State tax withheld $ | **6** State/Payer's state no. TX | **7** State income $  18888.16 |
| Account number (see instructions) | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000034

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▓▓▓▓▓▓ | **1** Nonemployee compensation<br>$          18888.16 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| RECIPIENT'S name<br>Frances C Tort Rodriguez | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **3** | |
| Street address (including apt. no.)<br>▓▓▓▓▓▓ | | **4 Federal income tax withheld**<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓▓ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $<br>$ | TX | $   18888.16<br>$ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000035

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████ | **1** Nonemployee compensation<br>$          18888.16 | **Copy 2** |
| RECIPIENT'S name<br>Frances C Tort Rodriguez | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **To be filed with recipient's state income tax return, when required.** |
| Street address (including apt. no.)<br>██████ | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>██████ | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>TX | **7** State income<br>$   18888.16<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000036

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI FL 33130          8559346636

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2024)

For calendar year
__2024__

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2607893 | ▓▓▓▓▓▓ |

**1** Nonemployee compensation
$          11265.00

**Copy A**

**For Internal Revenue Service Center**

**File with Form 1096.**

RECIPIENT'S name
Jay Anthony Torres

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

Street address (including apt. no.)
▓▓▓▓▓▓▓▓

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code
▓▓▓▓▓▓

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | NV | $      11265.00 |

Account number (see instructions)

2nd TIN not. ☐

$

$

$

Form **1099-NEC** (Rev. 1-2024)          Cat. No. 72590N          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000037

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$          11265.00 | **Copy 1** |
|---|---|---|---|
| 35-2607893 | ▆▆▆▆▆ | | **For State Tax Department** |
| RECIPIENT'S name<br>Jay Anthony Torres | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | |
| | | **3** | |
| Street address (including apt. no.)<br>▆▆▆▆▆ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▆▆▆▆▆ | | | |

| | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|---|
| Account number (see instructions) | $ | NV | $  11265.00 |
| | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000038

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████ | 1 Nonemployee compensation<br>$          11265.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| RECIPIENT'S name<br>Jay Anthony Torres | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | |
| Street address (including apt. no.)<br>████████ | | **4 Federal income tax withheld**<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>████ | | | |

| | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no.<br>NV | 7 State income<br>$  11265.00<br>$ |
|---|---|---|---|
| Account number (see instructions) | | | |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000039

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>███████ | **1** Nonemployee compensation<br>$       11265.00 | **Copy 2** |
| RECIPIENT'S name<br>Jay Anthony Torres<br><br>Street address (including apt. no.)<br>███████<br><br>City or town, state or province, country, and ZIP or foreign postal code<br>███████ | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **To be filed with recipient's state income tax return, when required.** |
| | | **3** | |
| | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>NV | **7** State income<br>$  11265.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000040

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI FL 33130        8559346636

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2024)

For calendar year
2024

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2607893 | |

**1** Nonemployee compensation
$        15000.00

**Copy A**

**For Internal Revenue Service Center**

**File with Form 1096.**

RECIPIENT'S name
JENNIFER TREGRE
JENNIFER TREGRE

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale   ☐

**3**

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns**.

Street address (including apt. no.)

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | LA | $   15000.00 |

Account number (see instructions)

2nd TIN not.  ☐

$

$

$

Form **1099-NEC** (Rev. 1-2024)    Cat. No. 72590N    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000041

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▮▮▮▮▮▮ | **1** Nonemployee compensation<br>$          15000.00 | **Copy 1** |
| RECIPIENT'S name<br>JENNIFER TREGRE<br>JENNIFER TREGRE | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For State Tax Department** |
| Street address (including apt. no.)<br>▮▮▮▮▮▮ | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮▮▮ | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>LA | **7** State income<br>$ 15000.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000042

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>_2024_ | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▓▓▓▓▓ | **1** Nonemployee compensation<br>$          15000.00 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name<br>JENNIFER TREGRE<br>JENNIFER TREGRE | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>▓▓▓▓▓ | | **3** ▓▓▓▓▓ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓ | | **4 Federal income tax withheld**<br>$ | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>LA | **7** State income<br>$   15000.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000043

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | |
|---|---|---|---|
| **Phoenix Connect LLC** <br><br> 78 SW 7TH ST #7-118 <br> MIAMI FL 33130          8559346636 | | Form **1099-NEC** <br> (Rev. January 2024) <br><br> For calendar year <u>2024</u> | **Nonemployee Compensation** |

| PAYER'S TIN <br> 35-2607893 | RECIPIENT'S TIN <br> ███████ | **1** Nonemployee compensation <br> $         15000.00 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name <br> JENNIFER TREGRE <br> JENNIFER TREGRE | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **To be filed with recipient's state income tax return, when required.** |
| Street address (including apt. no.) <br> ███████ | | **3** ▓▓▓▓▓ | |
| City or town, state or province, country, and ZIP or foreign postal code <br> ███████ | | **4** Federal income tax withheld <br> $ | |
| Account number (see instructions) | | **5** State tax withheld <br> $ <br> $ | **6** State/Payer's state no. <br> LA | **7** State income <br> $   15000.00 <br> $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000044

7171    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▮▮▮▮▮ | **1** Nonemployee compensation<br>$          14797.89 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
| RECIPIENT'S name<br>Jorge Araujo Fraga | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | | **3** | |
| Street address (including apt. no.)<br>▮▮▮▮▮ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮▮ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | 2nd TIN not.<br>☐ | $<br>$ | TX | $     14797.89<br>$ |

Form **1099-NEC** (Rev. 1-2024)     Cat. No. 72590N     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000045

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▮▮▮▮▮ | **1** Nonemployee compensation<br>$        14797.89 | **Copy 1** |
|---|---|---|---|
| RECIPIENT'S name<br>Jorge Araujo Fraga | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **For State Tax Department** |
| Street address (including apt. no.)<br>▮▮▮▮▮ | | **3**<br><br>**4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮▮ | | **5** State tax withheld    **6** State/Payer's state no.   **7** State income<br>$                   TX            $   14797.89 | |
| Account number (see instructions) | | $                               $ | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000046

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | **Copy B** |
|---|---|---|---|
| 35-2607893 | ▮▮▮▮▮ | $          14797.89 | **For Recipient** |

| RECIPIENT'S name | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| Jorge Araujo Fraga | | |
| Street address (including apt. no.) | 3 | |
| ▮▮▮▮▮ | **4 Federal income tax withheld**<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code | | |
| ▮▮▮▮▮ | | |

| Account number (see instructions) | 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|---|
| | $ | TX | $   14797.89 |
| | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)      (keep for your records)      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service

IBANERA 000047

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | Copy 2 |
|---|---|---|---|
| 35-2607893 | ▓▓▓▓▓▓ | $          14797.89 | **To be filed with recipient's state income tax return, when required.** |

| RECIPIENT'S name | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
|---|---|---|
| Jorge Araujo Fraga | 3 ▓▓▓▓▓▓▓▓▓▓▓ | |
| Street address (including apt. no.)<br>▓▓▓▓▓▓ | 4 Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓▓ | 5 State tax withheld<br>$ | 6 State/Payer's state no.<br>TX | 7 State income<br>$   14797.89 |
| Account number (see instructions) | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000048

7171   ☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
| Ibanera LLC<br><br>78 7th St<br>Miami FL 33130        8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | |

| PAYER'S TIN<br>85-2534841 | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$        5000.00 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
| RECIPIENT'S name<br>Rital L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | | **3** | |
| Street address (including apt. no.) | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$        5000.00<br>$ |
| Account number (see instructions) | 2nd TIN not.<br>☐ | | | |

Form **1099-NEC** (Rev. 1-2024)        Cat. No. 72590N        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000049

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Ibanera LLC<br><br>78 7th St<br>Miami FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br><u>2024</u> | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>85-2534841 | RECIPIENT'S TIN<br>▓▓▓▓▓▓ | **1** Nonemployee compensation<br>$            5000.00 | **Copy 1** |
| RECIPIENT'S name<br>Rital L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For State Tax Department** |
| | | **3** | |
| Street address (including apt. no.)<br>▓▓▓▓▓▓ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓▓ | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$            5000.00<br>$ |
| Account number (see instructions) | | | | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000050

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Ibanera LLC<br><br>78 7th St<br>Miami FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>85-2534841 | RECIPIENT'S TIN<br>[redacted] | **1** Nonemployee compensation<br>$          5000.00 | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name<br>Rital L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>[redacted] | | **3**<br><br>**4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>[redacted] | | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$          5000.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000051

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Ibanera LLC<br><br>78 7th St<br>Miami FL 33130          8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>85-2534841 | RECIPIENT'S TIN<br>██████ | **1** Nonemployee compensation<br>$          5000.00 | **Copy 2** |
| RECIPIENT'S name<br>Rital L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **To be filed with recipient's state income tax return, when required.** |
| | | **3** | |
| Street address (including apt. no.)<br>████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>████████ | | **5** State tax withheld<br>$<br>----------------<br>$ | **6** State/Payer's state no.<br>FL<br>----------------<br> | **7** State income<br>$          5000.00<br>----------------<br>$ |
| Account number (see instructions) | | | |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000052

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Phoenix Connect LLC

78 SW 7TH ST #7-118
MIAMI FL 33130          8559346636

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2024)

For calendar year
<u>2024</u>

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2607893 | ▮▮▮▮▮▮ |

**1** Nonemployee compensation
$        10380.00

**Copy A**

**For Internal Revenue Service Center**

**File with Form 1096.**

RECIPIENT'S name
Rita L Whaley

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

Street address (including apt. no.)
▮▮▮▮▮▮

**4** Federal income tax withheld
$

City or town, state or province, country, and ZIP or foreign postal code
▮▮▮▮▮▮

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | FL | $    10380.00 |

Account number (see instructions)                2nd TIN not. ☐

$ ------- $

$ ------- $

Form **1099-NEC** (Rev. 1-2024)        Cat. No. 72590N        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000053

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>██████ | **1** Nonemployee compensation<br>$          10380.00 | **Copy 1** |
| RECIPIENT'S name<br>Rita L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **For State Tax Department** |
| | | **3**<br> | |
| Street address (including apt. no.)<br>████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>████████ | | **5** State tax withheld   **6** State/Payer's state no.<br>$ ---------------- FL ---------------- | **7** State income<br>$  10380.00 ---------------- |
| Account number (see instructions) | | $                    | $ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000054

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation | **Copy B** |
|---|---|---|---|
| 35-2607893 | ▮▮▮▮▮▮ | $          10380.00 | **For Recipient** |

| RECIPIENT'S name | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| Rita L Whaley | | |
| Street address (including apt. no.)<br>▮▮▮▮▮▮ | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮▮▮ | **4 Federal income tax withheld**<br>$ | |

| | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|---|
| Account number (see instructions) | $ | FL | $   10380.00 |
| | $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000055

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | |
|---|---|---|---|
| **Phoenix Connect LLC**<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>_2024_ | **Nonemployee Compensation** |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>▮▮▮▮ | **1** Nonemployee compensation<br>$          10380.00 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name<br>Rita L Whaley | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **To be filed with recipient's state income tax return, when required.** |
| Street address (including apt. no.)<br>▮▮▮▮ | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▮▮▮▮ | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>FL | **7** State income<br>$  10380.00<br>$ |

Form **1099-NEC** (Rev. 1-2024)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000056

7171

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Nonemployee Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN | **1** Nonemployee compensation<br>$        22482.29 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
| RECIPIENT'S name<br>Samuel Teitelbaum | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | **3** | |
| City or town, state or province, country, and ZIP or foreign postal code | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | 2nd TIN not. ☐ | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>NV | **7** State income<br>$   22482.29<br>$ |

Form **1099-NEC** (Rev. 1-2024)        Cat. No. 72590N        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

IBANERA 000057

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI FL 33130        8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br>2024 | |

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation | **Copy 1** |
|---|---|---|---|
| 35-2607893 | ▓▓▓▓▓▓ | $      22482.29 | **For State Tax Department** |

| RECIPIENT'S name | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | |
|---|---|---|
| Samuel Teitelbaum | **3** ▓▓▓▓▓▓ | |
| Street address (including apt. no.)<br>▓▓▓▓▓▓ | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>▓▓▓▓▓▓ | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br>NV | **7** State income<br>$  22482.29<br>$ |
| Account number (see instructions) | | | |

Form **1099-NEC** (Rev. 1-2024)        www.irs.gov/Form1099NEC        Department of the Treasury - Internal Revenue Service

IBANERA 000058

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|

**Phoenix Connect LLC**

78 SW 7TH ST #7-118
MIAMI FL 33130          8559346636

Form **1099-NEC**
(Rev. January 2024)

For calendar year
2024

| PAYER'S TIN | RECIPIENT'S TIN | **1** Nonemployee compensation | **Copy B** |
|---|---|---|---|
| 35-2607893 | ▮▮▮▮▮▮ | $        22482.29 | **For Recipient** |

RECIPIENT'S name
Samuel Teitelbaum

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**3**

Street address (including apt. no.)
▮▮▮▮▮▮▮▮▮

**4 Federal income tax withheld**
$

City or town, state or province, country, and ZIP or foreign postal code
▮▮▮▮▮▮

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | NV | $   22482.29 |

Account number (see instructions)

| | | |
|---|---|---|
| $ | | $ |

Form **1099-NEC** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

IBANERA 000059

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Phoenix Connect LLC<br><br>78 SW 7TH ST #7-118<br>MIAMI  FL 33130          8559346636 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year<br><u>2024</u> | |

| PAYER'S TIN<br>35-2607893 | RECIPIENT'S TIN<br>█████████ | **1** Nonemployee compensation<br>$      22482.29 | **Copy 2** |
|---|---|---|---|
| RECIPIENT'S name<br>Samuel Teitelbaum | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale  ☐ | **To be filed with recipient's state income tax return, when required.** |
| | | **3** | |
| Street address (including apt. no.)<br>████████████ | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>████████████ | | **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| Account number (see instructions) | | $<br>$ | NV | $   22482.29<br>$ |

Form **1099-NEC** (Rev. 1-2024)           www.irs.gov/Form1099NEC           Department of the Treasury - Internal Revenue Service

IBANERA 000060