# 2024 W-2 and EARNINGS SUMMARY

**ADP**

## W-2 Employee Reference Copy
### Wage and Tax Statement 2024

Copy C for employee's records.   OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000002   LB/JU6 | | | A |

**c Employer's name, address, and ZIP code**

IBANERA   LLC
78 SW 7TH ST STE 7-118
MIAMI, FL 33130

**Batch #90425**

**e/f Employee's name, address, and ZIP code**

JAPMAN KHARBANDA

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 85-2534841 | |

| 1 Wages, tips, other comp. 84000.00 | 2 Federal income tax withheld 10320.96 |
|---|---|
| 3 Social security wages 84000.00 | 4 Social security tax withheld 5208.00 |
| 5 Medicare wages and tips 84000.00 | 6 Medicare tax withheld 1218.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 313.44 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 85-2534841 | 84000.00 |
| 17 State income tax 4048.56 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 84,000.00 | 84,000.00 | 84,000.00 | 84,000.00 |
| **Reported W-2 Wages** | **84,000.00** | **84,000.00** | **84,000.00** | **84,000.00** |

**2. Employee Name and Address.**

JAPMAN KHARBANDA

© 2024 ADP, Inc.

---

| 1 Wages, tips, other comp. 84000.00 | 2 Federal income tax withheld 10320.96 |
|---|---|
| 3 Social security wages 84000.00 | 4 Social security tax withheld 5208.00 |
| 5 Medicare wages and tips 84000.00 | 6 Medicare tax withheld 1218.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000002   LB/JU6 | | | A |

**c Employer's name, address, and ZIP code**

IBANERA   LLC
78 SW 7TH ST STE 7-118
MIAMI, FL 33130

| b Employer's FED ID number 85-2534841 | a Employee's SSA number XXX-XX-8183 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 313.44 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**

JAPMAN KHARBANDA

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 85-2534841 | 84000.00 |
| 17 State income tax 4048.56 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

### W-2 Federal Filing Copy
### Wage and Tax Statement 2024

Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 84000.00 | 2 Federal income tax withheld 10320.96 |
|---|---|
| 3 Social security wages 84000.00 | 4 Social security tax withheld 5208.00 |
| 5 Medicare wages and tips 84000.00 | 6 Medicare tax withheld 1218.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000002   LB/JU6 | | | A |

**c Employer's name, address, and ZIP code**

IBANERA   LLC
78 SW 7TH ST STE 7-118
MIAMI, FL 33130

| b Employer's FED ID number 85-2534841 | a Employee's SSA number XXX-XX-8183 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 313.44 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**

JAPMAN KHARBANDA

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 85-2534841 | 84000.00 |
| 17 State income tax 4048.56 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

### W-2 NY.State Reference Copy
### Wage and Tax Statement 2024

Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 84000.00 | 2 Federal income tax withheld 10320.96 |
|---|---|
| 3 Social security wages 84000.00 | 4 Social security tax withheld 5208.00 |
| 5 Medicare wages and tips 84000.00 | 6 Medicare tax withheld 1218.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000002   LB/JU6 | | | A |

**c Employer's name, address, and ZIP code**

IBANERA   LLC
78 SW 7TH ST STE 7-118
MIAMI, FL 33130

| b Employer's FED ID number 85-2534841 | a Employee's SSA number XXX-XX-8183 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 313.44 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**

JAPMAN KHARBANDA

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 85-2534841 | 84000.00 |
| 17 State income tax 4048.56 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

### W-2 NY.State Filing Copy
### Wage and Tax Statement 2024

IBANERA 000144

Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

# 2024 W-2 and EARNINGS SUMMARY

**ADP**®

| | | |
|---|---|---|
| W-2 | Employee Reference Copy | **2024** |
| Wage and Tax Statement | | OMB No. 1545-0008 |

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| LB/JU6 | | | 1 |

**c Employer's name, address, and ZIP code**

# JU6

**e/f Employee's name, address, and ZIP code**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 85-2534841 | |

| 1 Wages, tips, other comp. 84000.00 | 2 Federal income tax withheld 10320.96 |
|---|---|
| 3 Social security wages 84000.00 | 4 Social security tax withheld 5208.00 |
| 5 Medicare wages and tips 84000.00 | 6 Medicare tax withheld 1218.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp / Ret. plan / 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. 84000.00 |
|---|---|---|
| 17 State income tax 4048.56 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

| | | |
|---|---|---|
| COMPANY JU6 | 1 | Total Employees |
| | 1 | Total Forms Count |
| | 1 | Total eForms |
| | 2 | Total Forms Processed |

313.44 NY PFL (Box 14)

```
************  T O T A L S  ************
For : BATCH NO. 2024/4/90425
For : COMPANY      LB/JU6
* * * * * * * * * * * * * * * * *
```

© 2024 ADP, Inc.

## Balancing Form W-2/W-3 Totals to the Wage and Tax Register

The Internal Revenue Service (IRS) stipulates that Box 15 of paper Form W-3 (State and Employer's State ID Number) contain the two letter state abbreviation and the employer's state identification number. If the W-2 forms being filed with the W-3 contain wage and income tax information for multiple states, an "X" should be entered under "State" and no state I.D. should be shown. (**Note:** Clients using the ADP Tax Filing Service or receiving a federal CD-ROM for filing will not receive a copy of Form W-3. Your magnetic media filing will be populated correctly.)

The total state and/or local wages and income tax withheld in W-2 boxes 16-19 should be reported in the corresponding W-3 boxes. If multiple states and/or locals are being reported on the W-2s, a sum total of the various states/locals should be reported.

Although individual state/local specific W-2 forms are produced for employees with earnings in multiple states/localities, there is only one total box on form W-3. If you have employees with earnings in multiple states and/or localities the total wages for these employees will display opposite the wording "Total Copy 2 State Wages" or "Total Copy 2 Local Wages".

When balancing your Form W-2 totals to your Wage and Tax Register, the following formulas should be used:

**From the W-2:**
    'State Wages (Box 16)'
plus  'Total Copy 2 State Wages'

**From the W-2:**
    'Local Wages (Box18)'
plus  'Total Copy 2 Local Wages'

Totals from the W-2 calculations above will equal totals from Wage and Tax Register calculations below.

**From the Wage and Tax Register:**
    'State Wages' (Jurisdictional Recap)
plus  'State 2 Wages' (Jurisdictional Recap)
minus  'Puerto Rico State Wages' (Jurisdictional Recap)
minus  'Virgin Island State Wages' (Jurisdictional Recap)

**From the Wage and Tax Register:**
    'Local Wages' (Taxable) ** (Jurisdictional Recap)
plus  'Local 2 Wages' (Taxable) ** (Jurisdictional Recap)
plus  'Local 9 Wages' (Taxable) ** (Jurisdictional Recap)
plus  'Local 10 Wages' (Taxable) ** (Jurisdictional Recap)
minus  'Oregon ER Only Local Wages' (Jurisdictional Recap)
minus  Other locals where W-2 Local Wage reporting is not required (e.g. St. Louis Expense Tax, ER Paid Taxes, or others with no EE deduction.)

** Local Wages (Subject)/Local 2 Wages (Subject), and not Local Wages (Taxable)/Local 2 Wages (Taxable), should be used for balancing the following Kentucky localities: Burkesville, McLean County, Ohio County, West Point County, Wilder, and for the following Ohio local: Mercy West JEDD III. Subject wages, and not taxable wages, are required in box 18 of Form W-2 for these localities.

**Note:** Jurisdictional Recap pages are not produced if there is only a single jurisdiction for the company. In that case the Company Total page can be used. Wages for non-employee taxing locals are not included on the Company Total page. The Jurisdiction Recap pages must be used when employees have multiple jurisdiction movement.

Also subtract any "credit" employee state/local total wages found on the SIT Credit Report Company Total Page, if present. Do not subtract if the employee state total wages are also included in the state total wages on the Puerto Rico or Virgin Island Jurisdictional Recap (this would result in duplication).

**Note:** If you have New York State, New York City, or Yonkers, New York employees, remember that New York requires the reporting of federal wages in the state/city wage boxes on Form W-2 and not actual state/city wages. Because the federal wages may differ from state/city wages, the following steps should be added to the balancing steps above:

**From the W-2:**
plus  Actual New York State (or Local) Wages
minus  New York State (or Local) Federal Wages

**Box 12 Other:** The IRS does not require a W-2 when the only thing to report is the cost of employer-sponsored health coverage (Code DD). Therefore if Code DD is the only qualifying item for the employee W-2, it will not be produced nor will the amount be included in the W-2 totals. It will be included on the Wage and Tax Register for reference.

**Box 14 Other:** New Mexico State Disability Insurance (SDI) tax withheld is not required to be displayed on the state W-2 nor is it included in total SDI withheld on the federal W-2. It is, however, included on the Wage and Tax Register for reference.

Washington Paid Family and Medical Leave Insurance (FLI/MLI) tax withheld is not required to be displayed on any W-2 but is included on the Wage and Tax Register for reference. Massachusetts Paid Family and Medical Leave Insurance (FLI/MLI) tax paid by the employee is required to be displayed on the W-2 (tax withheld less amount paid by the employer on behalf of the employee). The tax withheld and the amount paid by the employer on behalf of the employee are included on the Wage and Tax Register for reference.

IBANERA 000115