# Addendum to the Consulting Agreement

**THIS ADDENDUM** (the "**Addendum**") is made and entered into by and between **Angie Brian** an individual with an address at ███████████████████████ (the "**Contractor**") and **PHOENIX CONNECT LLC**, a company incorporated under the laws of Nevada with company number NV20171522946, with an address at **78 SW 7th St Ste 7-118, Miami, FL 33130** (the "**Company**") (together, the "Parties" and, each, individually, a "Party").

**WHEREAS**

(A) That both parties entered into a Consulting Agreement hereinafter referred to as the "**Original Agreement**", which is still in effect.

(B) Both parties agree to modify certain conditions of the original consulting agreement, related to the remuneration.

(C) This Addendum shall become effective on March 1st, 2025 (the **Start date**)

THIS ADDENDUM WITNESSES that the parties agree to formalize the present ADDENDUM, which shall be governed by the following.

**1.1** As of March 1st, 2025, the professional services fee increases to $5,000 USD per month ("Base") payable monthly in arrears in bi-weekly installments.

**1.2** This Addendum shall be effective as of March 1st, 2025, and shall remain in full force and effect until the parties hereto agree to amend it by further addendum. All other terms and conditions of the Original Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, both parties have signed this addendum.

DocuSigned by:
(Sign) *Angie Brian*
—1AE153DFC61C46C...

Name: Angie Brian

Position: Contractor

DocuSigned by:
(Sign) *Michael Carbonara*
—1AE153DFC61C46C...

Name: Michael Carbonara

Position: Director

**For and on behalf of PHOENIX CONNECT LLC**

IBANERA 000753

Docusign Envelope ID: 89762130-4446-474C-994D-590136AC9B2A

# Addendum to the Consulting Agreement

**THIS ADDENDUM** (the "**Addendum**") is effective and made as of the date signed by the last party to sign it (as of the date associated with such party's signature) and is **Angie Brian** an individual with an address at ██████████████████████████ (the "**Contractor**") and **PHOENIX CONNECT LLC**, a company incorporated under the laws of Nevada with company number NV20171522946, with an address at **78 SW 7th St Ste 7-118, Miami, FL 33130** (the "**Company**") (together, the "**Parties**" and, each, individually, a "**Party**").

**WHEREAS**

(A) That both parties entered into a Consulting Agreement hereinafter referred to as the "**Original Agreement**", which is still in effect.

(B) Both parties agree to modify certain conditions of the original consulting agreement, related to the remuneration.

(C) This Addendum shall become effective on November 1st, 2024 (the **Start date**)

THIS ADDENDUM WITNESSES that the parties agree to formalize the present ADDENDUM, which shall be governed by the following.

**1.1** As of November 1st, 2024, the professional services fee increases to $4,700 USD per month ("Base") payable monthly in arrears in bi-weekly installments.

**1.2** This Addendum shall be effective as of November 1st, 2024 and shall remain in full force and effect until the parties hereto agree to amend it by further addendum. All other terms and conditions of the Original Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, both parties have signed this addendum.

DocuSigned by:

(Sign) *Angie Brian*
1AE153DFC61C46C...

Name: Angie Brian

Position: Contractor

Signed by:

(Sign) *Michael Carbonara*
4D9951961EAB469...

Name: Michael Carbonara

Position: Director

**For and on behalf of PHOENIX CONNECT LLC**

IBANERA 000754

# Commission Addendum

THIS ADDENDUM (the "Addendum") made and effective as of the date of signature by the latter party, between **Jay Torres** an individual with at address ███████████████████ **(the "Contractor")** and **PHOENIX CONNECT LLC**, a company incorporated under the laws of Nevada with company number **NV20171522946**, with an address at **78 SW 7th St Ste 7-118, Miami, FL 33130** (the "Company") (together, the "Parties" and, each, individually, a "Party").

**WHEREAS**

(A) That both parties entered into a Consulting Agreement hereinafter referred to as the "**Original Agreement**", which is still in effect.

(B) Both parties agree to modify certain conditions of the Original Consulting Agreement, related to the commissions.

(C) This Addendum shall become effective on September 9th, 2024 (the **Start date**)

**THIS ADDENDUM WITNESSES** that the parties agree to formalize the present Addendum, which shall include the following clause to the Consulting Agreement:

1. The commission for each referral will be assessed on an individual basis and at Company's discretion. The Company reserves the right to determine the appropriate commission based on various factors, including but not limited to, the type of referral, the volume of business generated, and any other relevant criteria established by the Company. The commission structure may differ from one client to another and will be paid in U.S. dollars. Any exchange rate calculations will be based on the nominal indexation agreed upon by the Parties, which may be reviewed or updated annually by the Company.

This Addendum shall be effective as of September 9th, 2024, and shall remain in full force and effect until the parties hereto agree to amend it by further addendum. Except for the modifications set forth in this Addendum, all other terms and conditions of the Original Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, both parties have signed this addendum.

Signed by:
(Sign) *Jay Torres*
E584A9AEBB2A4A1...
Name: Jay Torres

Position: Contractor

Signed by:
(Sign) *Michael Carbonara*
4D9951961EAB469...
Name: Michael Carbonara

Position: Director

**For and on behalf of PHOENIX CONNECT LLC**

IBANERA 000755

# Addendum to the consulting agreement

**THIS ADDENDUM** (the "**Addendum**") is effective and made as of the date signed by the last party to sign it (as of the date associated with such party's signature) and is between **Jennifer Tregre** an individual with an address ████████████████████████ (the "**Contractor**") and **PHOENIX CONNECT LLC**, a company incorporated under the laws of Nevada with company number NV20171522946, with an address at **78 SW 7th St Ste 7-118, Miami, FL 33130** (the "Company") (together, the "Parties" and, each, individually, a "Party").

**WHEREAS**

(A) That both parties entered into a consulting agreement, which is still in effect

(B) (B) That both parties agree to modify certain conditions of the original consulting agreement, relating to working hours and remuneration.

(C) This Addendum shall become effective on August 1st, 2024 (the **Start date**)

THIS ADDENDUM WITNESSES that the parties agree to formalize the present ADDENDUM, which shall be governed by the following.

**1.1** As of August 1, 2024, the Contractor the Contractor shall work 30 hours per week, adding one hour per day to its working day.

**1.2** As of August 1st, 2024, the professional services fee increases to $1,600 USD per month ("Base") payable monthly in arrears in bi-weekly installments.

**1.3** The rest of the clauses of the original consulting agreement are not affected by this addendum and remain in force in the same terms.

IN WITNESS WHEREOF, both parties have signed this addendum.

Signed by:
(Sign) *Jennifer Tregre*
87042E085EA6477...

Signed by:
(Sign) *Michael Carbonara*
4D9951901EAD409...

Name: Jennifer Tregre

Name: Michael Carbonara

Position: Contractor

Position: Director

**For and on behalf of PHOENIX CONNECT LLC**

IBANERA 000756

Docusign Envelope ID: 22A0A517-3D3D-4B9F-BAD9-B8F10D70B41A

# Commission Addendum

THIS ADDENDUM (the "Addendum") made and effective as of the date of signature by the latter party, between **Samuel Phillip Teitelbaum II** an individual with at address ████████████ ███████████ **(the "Contractor")** and **PHOENIX CONNECT LLC**, a company incorporated under the laws of Nevada with company number **NV20171522946**, with an address at **78 SW 7th St Ste 7-118, Miami, FL 33130** (the "Company") (together, the "Parties" and, each, individually, a "Party").

**WHEREAS**

(A) That both parties entered into a Consulting Agreement hereinafter referred to as the "**Original Agreement**", which is still in effect.

(B) Both parties agree to modify certain conditions of the Original Consulting Agreement, related to the commissions.

(C) This Addendum shall become effective on September 9th, 2024 (the **Start date**)

**THIS ADDENDUM WITNESSES** that the parties agree to formalize the present Addendum, which shall include the following clause to the Consulting Agreement:

1. The commission for each referral will be assessed on an individual basis and at Company's discretion. The Company reserves the right to determine the appropriate commission based on various factors, including but not limited to, the type of referral, the volume of business generated, and any other relevant criteria established by the Company. The commission structure may differ from one client to another and will be paid in U.S. dollars. Any exchange rate calculations will be based on the nominal indexation agreed upon by the Parties, which may be reviewed or updated annually by the Company.

This Addendum shall be effective as of September 9th, 2024, and shall remain in full force and effect until the parties hereto agree to amend it by further addendum. Except for the modifications set forth in this Addendum, all other terms and conditions of the Original Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, both parties have signed this addendum.

Signed by:
(Sign) *Samuel Teitelbaum*
3075EB0990674EE...

Name: Samuel Phillip Teitelbaum II

Position: Contractor

Signed by:
(Sign) *Michael Carbonara*
4D9951961EAB469...

Name: Michael Carbonara

Position: Director

**For and on behalf of PHOENIX CONNECT LLC**

IBANERA 000757



January 30th, 2025                                    **Subject:** Termination Letter

Phoenix Connect LLC dba "Ibanera"

78 SW 7th St Ste 7-118

Miami, FL 33130

Dear Alex Mesa,

We regret to inform you that your employment with Phoenix Connect LLC, doing business as "IBANERA", concluded effective as of January 28th, 2025.

This decision is due to ongoing organizational restructuring. Please be aware that this decision is final and has been carefully considered.

You will receive your final paycheck on January 31, 2025; which will include payment for all work completed up to and including your termination date. Any company property in your possession must be returned by February 15, 2025. Angie Brian (humanresources@ibanera.com) will contact you regarding the returning procedures, if applicable.

We thank you for your contributions to Ibanera and wish you the best in your future endeavors. Should you have any questions about the termination process or need further assistance, please feel free to contact Angie Brian at humanresources@ibanera.com.

Signed by:

*Michael Carbonara*

4D9951961EAB469...

**Michael Carbonara**

Director

Phoenix Connect LLC dba "Ibanera"

IBANERA 000183



**Subject:** Confirmation of Resignation

Phoenix Connect LLC dba  "Ibanera"

78 SW 7th St Ste 7-118

Miami, FL 33130

Dear Frances Tort,

We acknowledge your decision to resign from your position at Phoenix Connect LLC dba "Ibanera". Your resignation is effective as of June 13th, 2025.

We appreciate your contributions during your tenure with us. Your efforts have been greatly valued, and we thank you for the time and dedication you have committed to our team.

You've received your final paycheck on June 16th, 2025, which included payment for all work completed up to and including your termination date. Any company property in your possession  must be returned by June 24th, 2025. Angie Brian (angie.brian@ibanera.com) will contact you in regards to returning procedures if applicable.

Please feel free to contact Angie Brian at humanresources@ibanera.com if you have any questions about the termination process.

Sincerely,

DocuSigned by:

*Michael Carbonara*

1AE153DFC61C46C...

**Michael Carbonara**

Director

PHOENIX CONNECT LLC dba "Ibanera"

IBANERA 000203

USA

Type/Type/Tipo
P

Code/Code/Código
USA

Passport No./No. du Passeport/No. de Pasaporte
████████

Surname/Nom/Apellidos
BRIAN

Given names/Prénoms/Nombres
ANGIE PISCIOTTI

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA

Date of birth/Date de naissance/Fecha de nacimiento
████████

Sex/Sexe/Sexo
F

Place of birth/Lieu de naissance/Lugar de nacimiento
LOUISIANA, U.S.A.

Date of issue/Date de délivrance/Fecha de expedición
06 OCT 2023

Date of expiration/Date d'expiration/Fecha de caducidad
05 OCT 2033

Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE

P<USABRIAN<<ANGIE<PISCIOTTI<<<<<<<<<<<<<<<<<<<<

**UNITED STATES OF AMERICA**
★ PASSPORT CARD ★

Nationality
USA

Passport Card no.

Surname
TORT RODRIGUEZ

Given Names
FRANCES CORALLYS

Sex
F

Date of Birth

Place of Birth
PUERTO RICO, U.S.A.

Issued On
31 AUG 2018

Expires On
30 AUG 2028

4-03805-1

UNITED STATES DEPARTMENT OF STATE

IBANERA 000188

# NEW YORK STATE USA

## DRIVER LICENSE

**NOT FOR FEDERAL PURPOSES**

*Mark JF Schroeder*
Commissioner of Motor Vehicles

ID █████████████

Class D

MURPHY
GLENN,C

DOB ████████

Issued **06/06/2022**

Expires **07/17/2025**

E NONE

R NONE

Sex M   Height 6'-01"   Eyes BRO




IBANERA 000189





# CANADA

| | |
|---|---|
| Type/Type | Issuing Country/Pays émetteur |
| P | CAN |

**Passport No./N° de passeport**

Surname/Nom

## KHARBANDA

Given names/Prénoms

## JAPMAN

Nationality/Nationalité

## CANADIAN/CANADIENNE

Date of birth/Date de naissance

| Sex/Sexe | Place of birth/Lieu de naissance |
|---|---|
| F | SAHARANPUR IND |

Date of issue/Date de délivrance

**24 FEB / FÉV 22**

Date of expiry/Date d'expiration

**24 FEB / FÉV 32**

Issuing Authority/Autorité de délivrance

## RICHMOND



CANKHARBANDA<<JAPMAN<<<<<<<<<<<<<<<<<<<<<<<<<<

Docusign Envelope ID: FA9A2FC9-A8FF-4B2D-9E38-33390C64A25F



January 30th, 2025                                                   **Subject:** Termination Letter

Phoenix Connect LLC dba "Ibanera"

78 SW 7th St Ste 7-118

Miami, FL 33130

Dear Jay Torres,

We regret to inform you that your employment with Phoenix Connect LLC, doing business as "IBANERA", concluded effective as of January 28th, 2025.

This decision is due to ongoing organizational restructuring. Please be aware that this decision is final and has been carefully considered.

You will receive your final paycheck on January 31, 2025; which will include payment for all work completed up to and including your termination date. Any company property in your possession must be returned by February 15, 2025. Angie Brian (humanresources@ibanera.com) will contact you regarding the returning procedures, if applicable.

We thank you for your contributions to Ibanera and wish you the best in your future endeavors. Should you have any questions about the termination process or need further assistance, please feel free to contact Angie Brian at humanresources@ibanera.com.

Signed by:

*Michael Carbonara*

4D9951961EAB469...

**Michael Carbonara**

Director

Phoenix Connect LLC dba "Ibanera"

IBANERA 000191

Docusign Envelope ID: 9F5A7D86-9221-4594-BBEA-7559D3F71884



January 30th, 2025                                          **Subject:** Termination Letter

Phoenix Connect LLC dba "Ibanera"

78 SW 7th St Ste 7-118

Miami, FL 33130

Dear Jorge Fraga,

We regret to inform you that your employment with Phoenix Connect LLC, doing business as "IBANERA", concluded effective as of January 29th, 2025.

This decision is due to ongoing organizational restructuring. Please be aware that this decision is final and has been carefully considered.

You will receive your final paycheck on January 31, 2025; which will include payment for all work completed up to and including your termination date. Any company property in your possession must be returned by February 15, 2025. Angie Brian (humanresources@ibanera.com) will contact you regarding the returning procedures, if applicable.

We thank you for your contributions to Ibanera and wish you the best in your future endeavors. Should you have any questions about the termination process or need further assistance, please feel free to contact Angie Brian at humanresources@ibanera.com.

Signed by:

*Michael Carbonara*

4D9951961EAB469...

**Michael Carbonara**

Director

Phoenix Connect LLC dba "Ibanera"

IBANERA 000192



IBANERA 000952



IBANERA 000953



IBANERA 000954



We the People

Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE



USA

# UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte

P     USA

Surname / Nom / Apellidos
**TEITELBAUM II**

Given Names / Prénoms / Nombres
**SAMUEL PHILLIP**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento



Place of birth / Lieu de naissance / Lugar de nacimiento
**CALIFORNIA, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**21 Aug 2018**

Date of expiration / Date d'expiration / Fecha de caducidad
**20 Aug 2028**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

Sex / Sexe / Sexo
**M**

Authority / Autorité / Autoridad
**United States Department of State**

**USA**



P<USATEITELBAUM<II<<SAMUEL<PHILLIP<<<<<<<<<<



## РОССИЙСКАЯ ФЕДЕРАЦИЯ / RUSSIAN FEDERATION

**ПАСПОРТ / PASSPORT**

| Тип / Type | Код государства / Code of issuing State | Номер паспорта / Passport No. |
|---|---|---|
| P | RUS | ▮▮▮▮▮ |

**Фамилия / Surname**
ПРОКОФЬЕВА / PROKOFYEVA

**Имя / Given names**
ВИКТОРИЯ ИГОРЕВНА / VICTORIA

**Гражданство / Nationality**
РОССИЙСКАЯ ФЕДЕРАЦИЯ / RUSSIAN FEDERATION

**Дата рождения / Date of birth**
▮▮▮▮▮

**Учетная запись**

**Пол / Sex**
Ж / F

**Место рождения / Place of birth**
КАЗАХСКАЯ ССР / USSR

**Дата выдачи / Date of issue**
29.01.2019

**Орган, выдавший документ / Authority**
МИД РОССИИ 12102

**Подпись владельца / Holder's signature**

**Дата окончания срока действия / Date of expiry**
29.01.2029

RUSSI



**Subject: Termination of the Professional Services Agreement.**

Dear,

**Ana Gamez**

We regret to inform you that your agreement with Phoenix Connect LLC, doing business as "Ibanera" has been terminated, effective as of **November 20, 2025**. Please be aware that this decision is final and has been carefully considered in accordance with the terms outlined in your consulting agreement.

We thank you for your contributions to Ibanera and wish you the best in your future endeavors. Should you have any questions about the termination process or need further assistance, please feel free to contact Angie Brian at humanresources@ibanera.com.

Sincerely,

**Phoenix Connect LLC dba "Ibanera"**

IBANERA 000998

Docusign Envelope ID: BF77A452-8829-46BA-ABAB-EB6A14CE8562



**Subject: Termination of the Consulting Agreement.**

Dear,

**Samuel Teitelbaum**

We hope this letter finds you well.

We regret to inform you that your employment with Phoenix Connect LLC, doing business as "Ibanera" has been terminated, effective as of February 19th, 2025. This decision has been made due to ongoing organizational restructuring. Please be aware that this decision is final and has been carefully considered in accordance with the terms outlined in your consulting agreement.

Please note that your final paycheck will be processed on our next payroll date, February 28th, 2025. The availability of these funds in your account may vary depending on your bank. Any company property in your possession must be returned by February 26th, 2025. Angie Brian (humanresources@ibanera.com) will contact you regarding the returning procedures, if applicable.

We thank you for your contributions to Ibanera and wish you the best in your future endeavors. Should you have any questions about the termination process or need further assistance, please feel free to contact Angie Brian at humanresources@ibanera.com.

Sincerely,

DocuSigned by:

*Michael Carbonara*

1AE153DFC61C46C...

**Michael Carbonara**
**Director**
**Phoenix Connect LLC dba "Ibanera"**

IBANERA 000201