UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

JANE DOE,
　　　*Plaintiff,*

v.

IBANERA, LLC, *et al.,*
　　　*Defendants.*
_____/

## ORDER ALLOWING AMENDED REPLY

**THIS CAUSE** is before the Court upon Plaintiff's Amended Response in Opposition to Defendant Ibanera, LLC's ("Ibanera") motion for partial summary judgment [ECF No. 80] ("Amended Response"), filed on April 27, 2026, in compliance with the Court's March 26, 2026, Order allowing limited discovery by Plaintiff against Ibanera.  [*See* ECF No. 76].  The Court will allow Ibanera to file a reply to the Amended Response and in support of its motion [ECF No. 58] **no later than May 15, 2026**, failing which the Court will treat Plaintiff's Amended Response and the exhibits attached thereto as unrebutted.

**DONE AND ORDERED** in the Southern District of Florida on April 27, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:　　counsel of record