**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE,

      Plaintiff,

                                        CASE NO. 1:25-cv-24118-DSL

v.

IBANERA LLC, *et al*.,

      Defendant.

_____/

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Caroline H. Miller, Esq. of the Derek Smith Law Group, PLLC, is hereby entering an appearance as lead counsel for the Plaintiff, Jane Doe, in the above-captioned action, and requests that this Court and counsel for all interested parties serve the undersigned with all pleadings, orders, and other papers filed herein at the email address below.

Dated:  Philadelphia, Pennsylvania  
         May 4, 2026,

                             **DEREK SMITH LAW GROUP, PLLC**  
                             *Counsel for Plaintiff*

                             /s/ *Caroline H. Miller*  
                             Caroline H. Miller, Esq.  
                             Florida Bar No.: 1012331  
                             Derek Smith Law Group, PLLC  
                             1628 Pine Street  
                             Philadelphia, Pennsylvania 19103  
                             Tel: (215) 391-4790  
                             Fax: (215) 893-5288  
                             Email: caroline@dereksmithlaw.com

1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being

served on May 4, 2026, on all counsel of record on the service list via transmission of Notices of

Electronic Filing generated by the Courts E-Filing Portal.


/s/ *Caroline H. Miller*
Caroline H. Miller, Esq.