

FILED BY_____D.C.

MAY 13 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-24118-DSL

JANE DOE,

      Plaintiff,

v.

IBANERA LLC, *et al.*,

      Defendants.

_____/

### NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Notice Certifying Service of Order is being filed conventionally for the following reason:

☒ A Court Order (copy attached).

❑ It cannot be converted to an electronic format.

❑ A technical failure of the Court's CM/ECF website on Respectfully submitted, date

                        Respectfully submitted,

                        /s/ Daniel J. Barroukh
                        Daniel J. Barroukh, Esq.
                        Florida Bar No.: 1049271
                        dbarroukh@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on this 13th day of May, 2026, on all counsel of record on the service list below via U.S. mail.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**DEREK SMITH LAW GROUP, PLLC**
Caroline H. Miller
Florida Bar No. 1012331
1628 Pine Street
Philadelphia, Pennsylvania 19103
Tel: (215) 391-4790
Fax: (215) 89305288
Email: caroline@dereksmithlaw.com
*Co-Counsel for Plaintiff*

**DEREK SMITH LAW GROUP, PLLC**
Derek T. Smith
Florida Bar No. 1014216
716 Somerset Street
Franklin Lakes, NJ 07417
Tel: 646-285-4563
Email:derek@dereksmithlaw.com
*Co-Counsel for Plaintiff*

**COLE SCHOTZ P.C.**
Scott J. Topolski
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 609-3856
Facsimile: (561) 423-0392
Email: stopolski@coleschotz.com
*Co-Counsel for Defendants Ibanera LLC,*
*Michael Carbonara, and David Parr*

2

**COGENT LAW GROUP, LLP**
Evan Ronald Smith
2001 L St. NW, Suite 500
Washington, DC 20036
Telephone: 202.644.8880
Email: esmith@cogentlaw.com
*Co-Counsel for Defendants Ibanera LLC,*
*Michael Carbonara, and David Parr*

**CARLTON FIELDS, P.A.**
Naomi M. Berry
Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136-4118
Telephone: (305) 530-0050
Email: nberry@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*

**CARLTON FIELDS, P.A.**
Aaron S. Weiss
Florida Bar No. 48813
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami FL, 33136-4118
Telephone: (305) 530-0050
Email: aweiss@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*

**DLA PIPER LLP (US)**
Virginia Regis Callahan
Florida Bar No. 1058943
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200
Tampa, Florida 33607
Telephone: (410) 580-4328
Facsimile: (410) 580-3011
Email: Virginia.Callahan@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*

3

**DLA PIPER LLP (US)**
Ellen Dew
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
Tampa, Florida 33607
Telephone: (410) 580-4127
Fax: (410) 580-3001
Email: Ellen.Dew@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

JANE DOE,

*Plaintiff,*

v.

IBANERA, LLC, *et al.,*

*Defendants.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon the unopposed motion by counsel for Plaintiff, Daniel J. Barroukh, Esq., requesting leave to withdraw as counsel of record in this action. [ECF No. 85]. Plaintiff will continue to be represented in this action by counsel of record Caroline Hope Miller and Derek Todd Smith. [*Id.* at 1]. Accordingly, and upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1.   The Motion **[ECF No. 85]** is **GRANTED**.

2.   Within five (5) days of the entry of this Order, withdrawing counsel shall send to Plaintiff a copy of this Order and file a notice with the Court certifying same by conventional means.

3.   Daniel J. Barroukh, Esq. shall thereafter be relieved of all further responsibilities related to Plaintiff in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2026.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record