FILED BY____M____D.C.

MAY 1 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24118-DSL**

JANE DOE,

      Plaintiff,

v.

IBANERA LLC, *et al.*,

      Defendants.

_____/

## NOTICE CERTIFYING SERVICE OF ORDER

The undersigned attorney hereby gives notice and certifies that on the 13th day of May, 2026, the undersigned attorney served a true and correct copy of the Order to Show Cause [ECF No. 87] (the "Order") on Plaintiff, Jane Doe, and that the instant notice certifying service of the Order, is filed pursuant to the Order.

Dated: May 13, 2026.

                    Respectfully submitted,

                    /s/ Daniel J. Barroukh
                    Daniel J. Barroukh, Esq.
                    Florida Bar No.: 1049271
                    dbarroukh@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on this 13th day of May, 2026, on all counsel of record on the service list below via U.S. mail.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**DEREK SMITH LAW GROUP, PLLC**
Caroline H. Miller
Florida Bar No. 1012331
1628 Pine Street
Philadelphia, Pennsylvania 19103
Tel: (215) 391-4790
Fax: (215) 89305288
Email: caroline@dereksmithlaw.com
*Co-Counsel for Plaintiff*

**DEREK SMITH LAW GROUP, PLLC**
Derek T. Smith
Florida Bar No. 1014216
716 Somerset Street
Franklin Lakes, NJ 07417
Tel: 646-285-4563
Email:derek@dereksmithlaw.com
*Co-Counsel for Plaintiff*

**COLE SCHOTZ P.C.**
Scott J. Topolski
Florida Bar No. 0006394
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 609-3856
Facsimile: (561) 423-0392
Email: stopolski@coleschotz.com
*Co-Counsel for Defendants Ibanera LLC,
Michael Carbonara, and David Parr*

2

**COGENT LAW GROUP, LLP**
Evan Ronald Smith
2001 L St. NW, Suite 500
Washington, DC 20036
Telephone: 202.644.8880
Email: esmith@cogentlaw.com
*Co-Counsel for Defendants Ibanera LLC,*
*Michael Carbonara, and David Parr*

**CARLTON FIELDS, P.A.**
Naomi M. Berry
Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136-4118
Telephone: (305) 530-0050
Email: nberry@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*

**CARLTON FIELDS, P.A.**
Aaron S. Weiss
Florida Bar No. 48813
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami FL, 33136-4118
Telephone: (305) 530-0050
Email: aweiss@carltonfields.com
*Counsel for Defendant Bjorn Snorrason*

**DLA PIPER LLP (US)**
Virginia Regis Callahan
Florida Bar No. 1058943
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 200
Tampa, Florida 33607
Telephone: (410) 580-4328
Facsimile: (410) 580-3011
Email: Virginia.Callahan@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*

**DLA PIPER LLP (US)**
Ellen Dew
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
Tampa, Florida 33607
Telephone: (410) 580-4127
Fax: (410) 580-3001
Email: Ellen.Dew@us.dlapiper.com
*Counsel for Marriott International, Inc,*
*Starwood Hotels & Resorts Management Company, LLC, and*
*Starwood Hotels & Resorts Worldwide, LLC*

4