UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

**JANE DOE**,
　　*Plaintiff*,

*v.*

**IBANERA LLC,**
**MICHAEL CARBONARA,**
**DAVID PARR,** *et al.*,
　　*Defendants.*
_____/

**FINAL JUDGMENT**
**ON COUNTS V, VI, VII, VIII, IX AND X OF THE AMENDED COMPLAINT**

On May 20, 2026, the Court entered an Order granting summary judgment in favor of Defendant Ibanera, LLC and against Plaintiff Jane Doe on Counts V through X of the First Amended Complaint [ECF No. 36].  [*See* ECF No. 91].  The Court has since dismissed all of Plaintiff's other claims asserted in this action.  [*See* ECF No. 92].  Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is ENTERED in favor of Defendant Ibanera, LLC and against Plaintiff Jane Doe on Counts V, VI, VII, VIII, IX, and X of the First Amended Complaint [ECF No. 36].  Plaintiff shall take nothing from Defendant Ibanera, LLC on those counts in this action.

2. The Court retains jurisdiction to award attorney's fees and costs.

**DONE AND ORDERED** in the Southern District of Florida on May 28, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:　　counsel of record