UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24118-LEIBOWITZ/AUGUSTIN-BIRCH

**JANE DOE**,

Plaintiff,

v.

**IBANERA LLC,**
**MICHAEL CARBONARA,**
**DAVID PARR, *et al.*,**

Defendants.
_______________________________/

# NOTICE OF APPEARANCE

Michael L. Elkins of MLE Law and Joshua Entin of Entin Law Group, P.A. notify the Court and all parties of their appearance on behalf of non-party, Daniel J. Barroukh, Esq.

By: /s/*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
melkins@mlelawfirm.com
**MLE LAW**
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: 954.401.2608
*Co-Counsel for Non-Party Daniel J. Barroukh*

By: /s/*Joshua M. Entin*
Joshua M. Entin, Esq.
Florida Bar No. 0493724
josh@entinlaw.com
**ENTIN LAW GROUP, P.A.**
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201
*Co-Counsel for Non-Party Daniel J. Barroukh*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on October 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's e-filing portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by e-filing portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Michael L. Elkins*
Michael L. Elkins

## SERVICE LIST

CASE NO.: 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH

Caroline Hope Miller, Esq.
caroline@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
1835 Market Street, Suite 2950
Philadelphia, PA 19103
*Co-Counsel for Plaintiff*

Derek Todd Smith, Esq.
dtslaws@msn.com
**DEREK SMITH LAW GROUP, PLLC**
716 Somerset Street
Franklin Lakes, NJ 07417
*Co-Counsel for Plaintiff*

Scott J. Topolski, Esq.
scott.topolski@gray-robinson.com
**GRAY ROBINSON, P.A.**
One Boca Place
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431
*Co-Counsel for Defendants*
*Ibanera, LLC; Michael Carbonara, and*
*David Parr*

Evan R. Smith, Esq.
esmith@cogentlaw.com
*Admitted Pro Hac Vice*
**COGENT LAW GROUP, LLP**
2001 L St. NW, Suite 500
Washington, D.C. 20036
*Co-Counsel for Defendants*
*Ibanera, LLC; Michael Carbonara, and*
*David Parr*