**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:25-cv-24118-LEIBOWITZ/AUGUSTIN-BIRCH**

**JANE DOE**,
*Plaintiff*,
*v.*

**IBANERA LLC,**
**MICHAEL CARBONARA,**
**DAVID PARR,** ***et al.***,
*Defendants*.
_______________________/

**ORDER**

**THIS CAUSE** is before the Court upon the parties' Joint Motion [ECF No. 103] which asks two things: (1) Defendants Ibanera, LLC, Michael Carbonara, and David Parr (together, "Defendants") seek to withdraw their motion for attorney's fees [ECF No. 94]; and, in turn, (2) Plaintiff and Defendants ask the Court to vacate its Show Cause Order related to Defendants' fee request. [ECF No. 103 at 1–2]. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [**ECF No. 103**] is **GRANTED**.
2. Defendants' Motion [**ECF No. 94**] is **DENIED AS MOOT**.
3. ***The Clerk*** is DIRECTED to VACATE Order [ECF No. 97] and CLOSE THIS CASE.

**DONE AND ORDERED** in the Southern District of Florida on October 19, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record